UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - *

In re: Sweet, Kevin & Diane D. :

: BK No. 04-12083
Chapter 13

Debtor(s)

:

- - - - - - - - - - - - - - - - *

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 23rd Day of May A.D. 2005.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 5/23/2005

By: cs
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

\- - - - - - - - - - - - - - - - *

In re: Sweet, Kevin & Diane D. :

: BK No.04-12083

Debtor(s) Chapter 13

:

\- - - - - - - - - - - - - - - - *

# N O T I C E

Please be advised on this date the Appeal in this case from the order dated 3/21/2005, was forwarded to the Bankruptcy Appellate Panel/U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 5/23/2005

By: cs
Deputy Clerk

**DUPFILER, DISMISSED, APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:04-bk-12083

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 06/24/2004
*Date Dismissed:* 02/10/2005

**Kevin Sweet, *(NEEDS COURT PERMISSION TO FILE)***
179 Sandy Brook Road
Harmony, RI 02829
SSN: xxx-xx-5097
***Debtor***
***dba***
**Kesco**

represented by **Edward G. Lawson, Jr.**
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
Email: lawsonlaw@cox.net

**Diane D. Sweet(Needs Court Permission to File)**
179 Sandy Brook Road
Harmony, RI 02829
SSN: xxx-xx-0425
***Joint Debtor***
***aka***
**Diane D. Loranger(Needs Court Permission to File)**

represented by **Edward G. Lawson, Jr.**
(See above for address)



**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
***Trustee***

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
***U.S. Trustee***

| Filing Date | # | Docket Text |
|---|---|---|
| 06/24/2004 | 1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 194 filed by Edward G. Lawson Jr. on behalf of Kevin Sweet , Diane D. Sweet . Declaration re: Electronic Filing, Form P.3 Due By: 7/9/2004. Government Proof of Claim due by 12/21/2004. (Lawson, Edward) (Entered: 06/24/2004) |

| | | |
|---|---|---|
| 06/24/2004 | 2 | Chapter 13 Plan Filed by on behalf of Kevin Sweet , Diane D. Sweet . (Lawson, Edward) (Entered: 06/24/2004) |
| 06/24/2004 | 3 | Receipt of filing fee for Voluntary Petition Chapter 13 - Case Upload(1:04-bk-12083) [caseupld,1305u] ( 194.00). Receipt number 0103B186781, amount $ 194.00. (U.S. Treasury) (Entered: 06/24/2004) |
| 06/24/2004 | 4 | Chapter 13 Agreement -Form V Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 06/24/2004) |
| 06/25/2004 | 5 | First Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian to be held on 07/23/2004 at 09:30 AM at United States Trustee's Office. Proof of Claim due by 10/21/2004. Confirmation Hearing to be Held on 08/05/2004 at 09:30 AM at 6th Floor Courtroom (Entered: 06/25/2004) |
| 06/25/2004 | | Duplicate Filer FOR DIANE D. SWEET. Information regarding previous filings: Case No.: 04-10582, 02-11462 and 01-11455. Filing Date (of 2004 case): 2/27/04, ALL previous cases were Chapter: 13; Discharge Date: N/A, Closing Date (of 2004 case): 4/28/04, Disposition of ALL previous cases: DISMISSED. (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | | Duplicate Filer. Information regarding previous filings: Case No.: 02-14644, 01-13089, 00-10311, 98-14914, 98-12307, 97-13624, 93-12884. Filing Date (of 2002 case): 12/13/02, ALL Chapter: 13 cases (except 1993 case), Discharge Date: N/A, Closing Date (of 02-14644): OPEN/RE-OPENED, Disposition: ALL CASES ARE DISMISSED. (except the 1993 case) (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | 6 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents: Certificate of Service re: Chapter 13 Plan: Due By: 7/9/2004. (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | 7 | Certificate of Service *Certification for plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)2 Chapter 13 Plan- case upload). (Lawson, Edward) (Entered: 06/25/2004) |
| 06/27/2004 | 8 | BNC Certificate of Mailing - PDF Document. Service Date 06/27/2004. (Related Doc # 6) (Admin.) (Entered: 06/28/2004) |
| 06/27/2004 | 9 | BNC Certificate of Mailing - PDF Document. Service Date 06/27/2004. (Related Doc # 5) (Admin.) (Entered: 06/28/2004) |
| 06/28/2004 | 10 | Declaration Re: Electronic Filing P3 (related document(s)2 Chapter 13 Plan- case upload, 4 Chapter 13 Agreement -Form V filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (DAgostino, Holly) (Entered: |

| | | |
|---|---|---|
| | | 06/28/2004) |
| 07/12/2004 | 11 | Objection to Confirmation of Plan Filed by Creditor Greenwood Credit Union (related document(s)2 Chapter 13 Plan- case upload). (Attachments: # 1 Memorandum of Law)(Geremia, Lisa) (Entered: 07/12/2004) |
| 07/23/2004 | | Meeting of Creditors Held in Chapter 13 Case. (Boyajian, John) (Entered: 07/23/2004) |
| 07/26/2004 | 12 | Objection to Confirmation of Plan Filed by Trustee John Boyajian (related document(s)2 Chapter 13 Plan- case upload). (Boyajian, John) (Entered: 07/26/2004) |
| 07/28/2004 | 13 | Amended Chapter 13 Plan *Amended Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)2 Chapter 13 Plan). Declaration re: Electronic Filing, Form P.4 Due By: 8/12/2004.Certificate of Service Due by:7/30/2004. (Lawson, Edward) Modified linkage on 7/30/2004 (Venuti, Jody). (Entered: 07/28/2004) |
| 07/28/2004 | 14 | Certificate of Service *Certification* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 15 | Missing Documents Filed- 2003 Statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 16 | Missing Documents Filed- 2004 income statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 17 | Missing Documents Filed- 2nd Quart income statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 18 | Addendum *Statement Regarding Trade Debt* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:7/30/2004. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 19 | Certificate of Service *Certification* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)18 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 20 | Stipulation By Debtor and Washington Mutual Bank FA Filed by Creditor Washington Mutual Bank FA (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Furness, Peter) Modified text and filers on 7/30/2004 (Venuti, Jody). (Entered: 07/28/2004) |
| 07/28/2004 | 24 | Declaration Re: Electronic Filing P4 (related document(s)20 Stipulation, filed by Creditor Washington Mutual Bank FA, Debtor Kevin Sweet, Joint Debtor Diane D. |

| | | |
|---|---|---|
| | | Sweet). (Barbieri, Deborah) (Entered: 07/30/2004) |
| 07/29/2004 | 21 | Objection to Confirmation of Plan Filed by Creditor Mortgage Electronic Registration Systems Inc. (related document(s)2 Chapter 13 Plan- case upload). (Attachments: # 1 Memorandum of Law). Amended plan filed 7/28/04. (Objection is titled Objection to Chapter 13 Plan, not amended plan)(Cory, Lucinda) (Entered: 07/29/2004) |
| 07/29/2004 | 22 | Declaration Re: Electronic Filing P4 (related document(s)13 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) (Entered: 07/29/2004) |
| 07/29/2004 | | Terminate Documents: ECF Error. **All 3 documents need to be filed as an Addendum to Voluntary Petition**. Documents must be resubmitted (related document(s)15 Missing Documents (2003 Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 16 Missing Documents (2004 Income Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet and 17 Missing Documents (2nd Quarter Income Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Davis, Jennifer) (Entered: 07/29/2004) |
| 07/30/2004 | 23 | Hearing Set (re13 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet. Confirmation hearing to be held on 8/5/2004 at 09:30 AM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 07/30/2004) |
| 07/30/2004 | 25 | Addendum *2003 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 26 | Addendum *2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 27 | Addendum *2 nd Quarter 2004 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 28 | Certificate of Service *2003 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)25 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 29 | Certificate of Service *2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)26 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 30 | Certificate of Service *2nd Quarter Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)27 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |

| | | |
|---|---|---|
| 08/01/2004 | 31 | BNC Certificate of Mailing - PDF Document. Service Date 08/01/2004. (Related Doc # 23) (Admin.) (Entered: 08/02/2004) |
| 08/02/2004 | 32 | Terminate Document - ECF Error. **Incorrect document image **. Document Need Not Be Resubmitted (related document(s)29 Certificate of Service to 26 Addendum filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (DAgostino, Holly) (Entered: 08/02/2004) |
| 08/02/2004 | 33 | Amended Chapter 13 Plan *2nd Amended Chapter 13 Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet). Declaration re: Electronic Filing, Form P.4 Due By: 8/17/2004. Certificate of Service Due by: 8/4/2004. (Lawson, Edward) Modified linkage on 8/4/2004 (McCurdy, Michelle). (Entered: 08/02/2004) |
| 08/02/2004 | 34 | Certificate of Service *2nd Amended Chapter 13 Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 08/02/2004) |
| 08/03/2004 | 35 | Consent Order between debtors and MERS/HomeSide Lending, Inc regarding sale of real property, relief from stay and also in reference to In Rem Relief from Stay order entered in BK 02-14644 on 8/26/03. See order for details. (DAgostino, Holly) (Entered: 08/03/2004) |
| 08/03/2004 | 36 | Judgment Order (re:35 Order) (DAgostino, Holly) (Entered: 08/03/2004) |
| 08/04/2004 | 37 | Objection to Confirmation of Plan Filed by Creditor Greenwood Credit Union (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Exhibit B)(Geremia, Lisa) (Entered: 08/04/2004) |
| 08/04/2004 | 38 | Declaration Re: Electronic Filing P4 (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) (Entered: 08/04/2004) |
| 08/04/2004 | 39 | BNC Certificate of Mailing - PDF Document. Service Date 08/04/2004. (Related Doc # 32) (Admin.) (Entered: 08/05/2004) |
| 08/05/2004 | | Hearing Held (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 13 Amended Chapter 13 Plan, filed by Joint Debtor Diane D. Sweet). APPEARANCES: Lawson, McNichols, Boyajian, Geremia . Lawson had concerns about the notice on the amended plan and requested more time for parties to review. Trustee has concerns re tax issues and debtor does not have all supporting documents to present. Matter recessed for Lawson to call accountant. After second call, Lawson reported the accountant accepted responsibility for delays. Court denied confirmation and gave debtor 20 days for an amended plan. (Cory, Lucinda) (Entered: 08/05/2004) |

| | | |
|---|---|---|
| 08/05/2004 | 40 | Order Denying Confirmation of Chapter 13 Plan Status Deadline re:Amended Plan, Motion to Reconsider Order Denying Plan, Notice of Conversion to Chapter 7 or Appeals Due by: 8/26/2004. Debtor given 20 days to file amended plan. (Cory, Lucinda) (Entered: 08/05/2004) |
| 08/05/2004 | 41 | BNC Certificate of Mailing - PDF Document. Service Date 08/05/2004. (Related Doc # 36) (Admin.) (Entered: 08/06/2004) |
| 08/05/2004 | 42 | BNC Certificate of Mailing - PDF Document. Service Date 08/05/2004. (Related Doc # 35) (Admin.) (Entered: 08/06/2004) |
| 08/07/2004 | 43 | BNC Certificate of Mailing - PDF Document. Service Date 08/07/2004. (Related Doc # 40) (Admin.) (Entered: 08/08/2004) |
| 08/10/2004 | 44 | Certificate of Service *Certification for 2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)26 Addendum, filed by Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 08/10/2004) |
| 08/27/2004 | 45 | Order Dismissing Case Failure to file amended plan. (related document(s):40 Order Denying Confirmation of Chapter 13 Plan). Appeals/Motion for Reconsideration Due by: 9/7/2004. (DAgostino, Holly) (Entered: 08/27/2004) |
| 08/27/2004 | 46 | Judgment Order (re:45 Order Dismissing Case) (DAgostino, Holly) (Entered: 08/27/2004) |
| 08/29/2004 | 47 | BNC Certificate of Mailing - PDF Document. Service Date 08/29/2004. (Related Doc # 45) (Admin.) (Entered: 08/30/2004) |
| 08/29/2004 | 48 | BNC Certificate of Mailing - PDF Document. Service Date 08/29/2004. (Related Doc # 46) (Admin.) (Entered: 08/30/2004) |
| 08/30/2004 | 49 | Two Part Motion Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case.. Filed by Edward G. Lawson Jr. on behalf of Diane D. Sweet, Kevin Sweet. Objections to Motion Due: 9/13/2004. (Lawson, Edward) (Entered: 08/30/2004) |
| 08/30/2004 | 51 | Two Part Motion Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case.. Filed by Edward G. Lawson Jr. on behalf of Diane D. Sweet, Kevin Sweet. Objections to Motion Due: 9/13/2004. (Lawson, Edward) (Entered: 08/30/2004) |
| 09/02/2004 | 52 | Amended Chapter 13 Plan Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)37 Objection to Confirmation of the Plan, filed by Creditor Greenwood Credit Union). Declaration re: Electronic Filing, Form P.4 Due By: 9/17/2004.Certificate of Service Due by:9/7/2004. (Attachments: # 1 Certification for 3rd Amended Plan)(Lawson, Edward) (Entered: 09/02/2004) |
| 09/15/2004 | 53 | Declaration Re: Electronic Filing P4 (related document(s)52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) |

| | | |
|---|---|---|
| | | (Entered: 09/16/2004) |
| 09/17/2004 | 54 | Judge's Order Requesting Position From Trustee John Boyajian (re:51 Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet) Due by: 9/27/2004. (DAgostino, Holly) (Entered: 09/17/2004) |
| 09/19/2004 | 55 | BNC Certificate of Mailing - PDF Document. Service Date 09/19/2004. (Related Doc # 54) (Admin.) (Entered: 09/20/2004) |
| 09/24/2004 | 56 | Response to Filed by Trustee John Boyajian re 51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Boyajian, John) (Entered: 09/24/2004) |
| 09/27/2004 | 57 | Response to *Debtors' Response to the Written Position of the Chapter 13 Trustee and Debtors' Supplement to Their Original Motion for Reconsideration and Motion to Vacate Order Dismissing Case* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet re 56 Response filed by Trustee John Boyajian). (Lawson, Edward) (Entered: 09/27/2004) |
| 09/28/2004 | 58 | Hearing Set (re: 51 Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 56 Response filed by Trustee John Boyajian, 57 Reply to Trustee's Response filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet,). Hearing scheduled for 10/20/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 09/28/2004) |
| 09/30/2004 | 59 | BNC Certificate of Mailing - PDF Document. Service Date 09/30/2004. (Admin.) (Entered: 10/01/2004) |
| 10/06/2004 | 60 | Response to Filed by Trustee John Boyajian re 56 Response filed by Trustee John Boyajian, 51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Attachments: # 1 Exhibit) (Boyajian, John) (Entered: 10/06/2004) |
| 10/20/2004 | | Hearing Held (related document(s)51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 57 Response, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 56 Response filed by Trustee John Boyajian). APPEARANCES: Lawson, Boyajian . After hearing from the parties, the Court granted the motion for reconsideration. A status hearing on the IRS claim will be held on 11/4/04 at 9:30 am. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 61 | Order Granting Motion to Vacate/Reconsider Order Dismissing Case by Debtors Kevin and Diane D. Sweet. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 62 | BNC Service of Document. (related document(s)[61] Generic Order Second Part). (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 63 | Hearing Set (re1 Voluntary Petition Chapter 13 - filed by Joint Debtor Diane D. |

| | | |
|---|---|---|
| | | Sweet). Status hearing regarding claim of IRS to be held on 11/4/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 64 | Hearing Set (re52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Confirmation hearing to be held on 11/4/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/22/2004 | 65 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 10/22/2004 | 66 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 10/22/2004 | 67 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 11/04/2004 | 68 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Status Hearing re: Claim of IRS 1 Voluntary Petition Chapter 13 filed by Joint Debtor Diane D. Sweet. Appearances: Lawson, Boyajian, representative of IRS Ms. Gomes. Lawson said 4 years of tax returns were in question. Lawson advised the amended plan had not been filed in a timely manner as previously stated. Lawson also clarified information regarding IRS and contact by accountant. Trustee advised thte court regarding the tax claims and payments to the trustee. The Court sua sponte will reconsider the order granting the debtor's motion to vacate dismissal. Hearing on 52 Amended Plan, Status of IRS Claim and the Court's Sua Sponte Reconsideration of [61] Order Granting Motion to Vacate Dismissal continued for 11/10/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 11/04/2004) |
| 11/06/2004 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 68 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/06/2004. (Admin.) (Entered: 11/07/2004) |
| 11/10/2004 | 70 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Court's Sua Sponte Reconsideration of [61] Order Vacating Dismissal; Status of Claim of IRS re: 1 Voluntary Petition Chapter 13 filed by Joint Debtor Diane D. Sweet. Appearances: Lawson, Boyajian, DePasquale. Paul Vaccario, accountant, called by Lawson, cross by Boyajian. Lawson argued in favor of keeping the case a 13. Trustee said can't go forward with proof of claim of IRS. Court continued the matter for 1/5/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 11/10/2004) |
| 11/12/2004 | 71 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 70 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/12/2004. (Admin.) (Entered: 11/13/2004) |
| 12/07/2004 | 72 | Hearing rescheduled by the Court re 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Order Dismissing Case and 1 Voluntary Petition -Status re IRS Claim. Hearing scheduled for 1/12/2005 at 09:30 AM at 6th Floor Courtroom. Trustee Court-Excused 1/5/05. (Cory, Lucinda) |

| | | |
|---|---|---|
| | | (Entered: 12/07/2004) |
| 12/09/2004 | 73 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 12/09/2004. (Admin.) (Entered: 12/10/2004) |
| 01/12/2005 | 74 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Sua Sponte Reconsideration of [61] Order Vacating Dismissal, 1 Voluntary Petition - Status of IRS Claim. Appearances: Lawson, Boyajian, Iannotti. Trustee said IRS claim has been filed. Plan does not work with that amount. No payments made to trustee since 11/1/04. Kevin Sweet called and examined by Lawson. After recess, Boyajian called 1) Mary Jo McCarter; cross by Lawson. Trustee and Lawson gave argument on Court's Sua Sponte Motion to Reconsider Dismissal. Court allowed Sweet 1 week to get all documents and resolve the IRS claim. Matter continued to 1/20/05. Trustee offered Exhibit 1 - fax from IRS to Sweet and Vaccario - Exhibit is full. Exhibit withdrawn by trustee. Hearing continued for 1/20/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 01/12/2005) |
| 01/14/2005 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 74 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 01/14/2005. (Admin.) (Entered: 01/15/2005) |
| 01/20/2005 | 76 | Hearing HELD AND CONTINUED: 1 Voluntary Petition Chapter 13 - Case Upload filed by Joint Debtor Diane D. Sweet, 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Generic Order Two Part. APPEARANCES: Lawson, Iannotti, Boyajian. Statements by Lawson, Iannotti, Boyajian re: case status. Mary Jo McCarten called as a witness. Matter continued to 1/26/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/20/2005) |
| 01/22/2005 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 76 Hearing, ) Service Date 01/22/2005. (Admin.) (Entered: 01/23/2005) |
| 01/26/2005 | | Hearing Held (related document(s) Confirmation of 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Sua Sponte Reconsideration of Order vacating Dismissal, Status of IRS Claim ). APPEARANCES: Lawson, Boyajian, Iannotti. Court heard from Lawon regarding why the IRS claim is not resolved. Boyajian called Eugenie Gomes - she stated that claim of $58,000 of IRS still stands today. Cross by Lawson, re-direct by Iannotti. Boyajian and Lawson gave arguments. The court re-instated the dismissal acting on it's sua sponte motion. Case dismissed. Boyajian to submit order. Order Due by: 2/7/2005. (Sweeney, Carolyn) (Entered: 01/27/2005) |
| 01/27/2005 | 78 | Proposed Order Filed by Trustee John Boyajian (related document(s)[61] Generic Order Two Part). Status Check Due by:2/1/2005. (Boyajian, John) (Entered: 01/27/2005) |
| 02/10/2005 | 79 | Order Dismissing Case. This order vacates the previous [61] Order Vacating Dismissal). The Debtors are barred from filing any further bankruptcy petitions with |

| | | |
|---|---|---|
| | | this Court without the prior permission of the Court. Appeals/Motion for Reconsideration Due by: 2/22/2005. (DAgostino, Holly) (Entered: 02/10/2005) |
| 02/10/2005 | 80 | Judgment Order (re:79 Order Dismissing Case, ) (DAgostino, Holly) (Entered: 02/10/2005) |
| 02/12/2005 | 81 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 Judgment Order (ap/bk)) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/12/2005 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Order Dismissing Case, ) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/18/2005 | 83 | Motion for Corrective Order Filed by Debtor Kevin Sweet. Objections to Motion Due: 3/3/2005. (Sweeney, Carolyn) (Entered: 02/22/2005) |
| 03/03/2005 | 84 | Response to *Motion for Corrective Order* Filed by Trustee John Boyajian re 83 Generic Motion filed by Debtor Kevin Sweet). (Boyajian, John) (Entered: 03/03/2005) |
| 03/09/2005 | 85 | Order Denying Debtors' Motion for Corrective Order (related document(s)83 Generic Motion). See Order for details. (Waterman, Leah) (Entered: 03/09/2005) |
| 03/10/2005 | 86 | Chapter 13 Trustee Final Report and Account Filed by Trustee John Boyajian. (Boyajian, John) (Entered: 03/10/2005) |
| 03/11/2005 | 87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Generic Order) Service Date 03/11/2005. (Admin.) (Entered: 03/12/2005) |
| 03/16/2005 | 88 | Transcript requested by Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan. (Wilkicki, Joseph) (Entered: 03/16/2005) |
| 03/16/2005 | 89 | Transcript Filed by Debtor Kevin Sweet (related document(s)[61] Generic Order Two Part). (Wilkicki, Joseph) (Entered: 03/16/2005) |
| 03/21/2005 | 90 | Notice of Appeal. Receipt Number 61856, Fee Amount $255 Filed by Kevin Sweet (related document(s)85 Order Denying Debtor's Motion for Corrective Order). Statement of Issues on Appeal due by: 3/31/2005. Appellant Designation due by: 3/31/2005. (District Court Case CA05-119ML) (Attachments: # 1 Receipt)(Sweeney, Carolyn) Modified on 3/25/2005 (Venuti, Jody). (Entered: 03/21/2005) |
| 03/21/2005 | 91 | Appellant District Court Election Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 03/21/2005) |
| 03/21/2005 | 92 | Court Notice related document(s) 90 Notice of Appeal filed by Debtor Kevin Sweet sent to US District Court - RI (Sweeney, Carolyn) (Entered: 03/21/2005) |

| | | |
|---|---|---|
| 03/23/2005 | 93 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 90 Notice of Appeal, filed by Debtor Kevin Sweet) Service Date 03/23/2005. (Admin.) (Entered: 03/24/2005) |
| 03/23/2005 | 94 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 92 Court Notice) Service Date 03/23/2005. (Admin.) (Entered: 03/24/2005) |
| 03/31/2005 | 96 | Statement of Issues on Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 03/31/2005) |
| 04/01/2005 | 97 | Court Notice - Notice of Overdue Appellate Documents and Intent to foward Appeal, with Certificate of Default, to Appellate Court (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). Status Check Due by:4/11/2005. (Sweeney, Carolyn) (Entered: 04/01/2005) |
| 04/03/2005 | 98 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 97 Court Notice, ) Service Date 04/03/2005. (Admin.) (Entered: 04/04/2005) |
| 04/11/2005 | 99 | Statement of Issues on Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 04/12/2005) |
| 04/11/2005 | 100 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). Appellee designation due by 4/21/2005. Transmission of Designation Due by 5/11/2005. (Sweeney, Carolyn) (Entered: 04/12/2005) |

FILED APR 11 '05 11:00 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

KEVIN E SWEET SR.
DIANE D SWEET

BK NO. 04-12083
CHAPTER 13

**DEBTERS DESIGNATION OF CONTENTS FOR INCLUSION IN THE RECORD ON APPEAL, AND STATEMENT OF ISSUES ON APPEAL:**

1) COURT ORDER - ENTERED ON DOCKET FEBRUARY 10, 2005.

2) JUDGMENT AS ENTERED ON THE SAME FEBRUARY 10, 2005.

3) DEBTORS MOTION FOR CORRECTIVE ORDER FILED FEBRUARY 18, 2005.

4) TRUSTEES RESPONCE TO THE DEBTORS MOTION FOR CORRECTIVE ORDER DATED MARCH 3, 2005

5) ORDER DENYING DEBTORS MOTION FOR CORRECTIVE ORDER MARCH 9, 2005.

6) DEBTORS NOTICE OF APPEAL DATED MARCH21. 2005.

7) DEBTORS APPELLANT ELECTION FORM DATED MARCH 21,2005.

8) COPY OF TRANSCRIPT OF THE JANUARY 26TH 2005 HEARING, PAGE 10 AND 11.

9) NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL. WITH CERTIFICATE OF DEFAULT, TO APPELLATE COURT.

10) THE DEBTORS ORIGINAL STATEMENT OF ISSUES FILED WHEN DUE AND STAMPED BY THE COURT MARCH 31, 2005.

**STATEMENT OF ISSUES**

THE BASIS FOR THIS APPEAL WAS THE ORDER THAT CAME OUT OF THE BANKRUPTCY

COURT DATED JANUARY 26, 2005 AND ENTERED ON THE DOCKET FEBRUARY 10, 2005 (DEBTORS ITEM #1).

HOWEVER, UPON THE FILING OF THE MOTION FOR CORRECTIVE ORDER BY THE DEBTOR, THE TRUSTEE, MR JOHN BOYAJIAN, RESPONDED WITH OTHER INACURATE AND FALSE REPRESENTATION STATING "THAT THE COURT WAS CORRECT IN BARRING EITHER MR SWEET OR MRS. SWEET "... THIS IS A MIS REPRESENTATION OF THE FACTS

IN THAT THERE WAS NO SUCH LANGUAGE BARRING THE DEBTORS WIFE . AS CAN BE NOTED IN THE (DEBTORS ITEM #8) PAGE 10 AND 11 OF THE TRANSCRIPT OF THAT JANUARY 26TH HEARING.

SINCE THAT RESPONCE BY JOHN BOYAJIAN AS TRUSTEE. THERE IS A NEW AND MORE COLORFUL EXPRESSION OR REPRESENTION.OR INTERPRETATION MAY WE CALL IT, OF THE DEBTORS. HISTORY IN THE BANKRUPTCY COURT. BEING THE (DEBTORS ITEM # 5).

WHEREFORE THE DEBTOR TAKES ISSUE IN THOSE MISREPRESENTATIONS OF THE TRUSTEE AND THE COURT.

FURTHER CONTRARY TO THE THE LANGUAGE OR REPRESENTATION THAT THE APPELANT HAS FAILED TO FILE WITH THE COURT ANY OF THE APPEAL DOCUMENTS IN THE COURTS NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL.WITH CERTIFICATE OF DEFAULT. TO APPELLATE COURT. (DEBTORS ITEM #9)

THE DEBTOR DID FILE A STATMENT OF ISSUES, IN TIME, STAMPED AND TIME DATED BY THE COURT MARCH 31.2005.COPY IS ATTACHED (DEBTORS ITEM # 10). AND IS MADE PART

OF THE DEBTORS STATEMENT OF ISSUES. WHICH WILL BE EXPLAINED IN THE FORTHCOMING BRIEF.

DATED THIS 11TH DAY OF APRIL, 2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET
DEBTOR, PROSEY

*CERTIFICATION*:

I. KEVIN E SWEET CERTIFY . I PLACED IN REGULAR US MAIL A COPY OF THIS DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES TO THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 AND JOHN BOYAJIAN. TRUSTEE. 182 WATERMAN AVE PROVIDENCE RI 02906 THIS 11TH DAY OF APRIL 2005.

(1)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

| | |
|---|---|
| KEVIN SWEET<br>DIANE SWEET<br>Debtors | BK-04-12083<br>CHAPTER 13 |

ORDER

This matter came to be heard on the 26th day of January 2005 on the Court's *sua sponte* Reconsideration of Order Vacating Dismissal and after hearing thereon, it is

ORDERED

1. The Order Vacating Dismissal is vacated and the dismissal of the case is reinstated; and

2. Kevin Sweet and Diane Sweet are barred from filing any further bankruptcy petitions with this Court without the prior permission of the Court.

Arthur N. Votolato
Bankruptcy Judge

CERTIFICATION

I hereby certify that a copy of the within Order was mailed, postage prepaid, to Mr. & Mrs. Kevin Sweet, 179 Sandy Brook Road, Harmony, RI 02829 and electronically mailed to Edward Lawson, Esq. at Lawsonlaw@cox.net on January 27, 2005.

/s/ Martha Hunt

Entered on docket: 2/10/05

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)528-4477**

---

**Kevin Sweet** and **Diane D. Sweet**

Debtor(s)

BK No. **1:04-bk-12083**

Chapter **13**

Judge: **Arthur N. Votolato**

---

**JUDGMENT**

Pursuant to the order entered this date, judgment is hereby entered regarding;

**79 - Order Dismissing Case.**

Judgment #: 1:04-bk-12083 - 80 - 79

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **2/10/05**
Document Number: **80 - 79**

By: **HAD**
Deputy Clerk

judgement.jsp #404

3

FILED FEB 18 '05 14:44 USBCRI

UNITED STATES BANKRUPTCY COURT

DEBTOR

CH 13

KEVIN E SWEET
DIANE D SWEET

04-12083

MOTION FOR CORRECTIVE ORDER

NOW COMES THE DEBTOR AND REQUESTS A CORRECTIVE ORDER ON THE DISMISSAL OF THE ABOVE CAPTIONED MATTER.

ON OR ABOUT JANUARY 30, 2005 THE JUDGE ORDERED "THE CASE BE DISMISSED AS IT WAS PREVIOUSLY" (KEVIN SWEET BARRED FROM FILING WITHOUT PERMISSION OF THE COURT).

THE NEW ORDER IS INCORRECT IN THAT THE TRUSTEE HAS NOW LISTED THE DEBTORS WIFE AS BEING BARRED FROM FILING WITHOUT PERMISSION OF THE COURT.

FEBRUARY 18,2005

RESPECTFULLY,

KEVIN E SWEET
DEBTOR

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID A TRUE COPY TO US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02093 AND TO JOHN BOYAJIAN, WATERMAN AVE PROVIDENCE RI THIS 18TH DAY OF FEBRUARY ,2005

(4)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
DIANE SWEET
Debtors

BK-04-12083
CHAPTER 13

TRUSTEE'S RESPONSE TO DEBTORS' MOTION
FOR CORRECTIVE ORDER

Mrs. Sweet, under her own name or under the name of Diane Loranger filed four separate petitions in this court.[1] The trustee believes that the court was correct in barring either Mr. Sweet or Mrs. Sweet from filing further bankruptcy petitions without the prior permission of the court.

/s/ [signature]

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605

CERTIFICATION

I hereby certify that a copy of the within Response was mailed, postage prepaid, to Edward Lawson, Esq., 260 Lonsdale Avenue, Pawtucket, RI 02860; Mr. & Mrs. Kevin Sweet, 179 Sandy Brook Road, Harmony, RI 02829 on March 3, 2005.

/s/ Dana A. Westerkamp

[1] Cases are 01-11455 filed 4/11/2001, 02-11462 filed 4/17/2002, 04-10582 filed 2/27/2004 and 04-12083 filed 6/24/2004.

5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - x

In re: :

KEVIN SWEET and DIANE D. SWEET : BK No. 04-12083
Debtors Chapter 13

- - - - - - - - - - - - - - - - - - - - x

**ORDER DENYING DEBTORS' MOTION FOR CORRECTIVE ORDER**

Before the Court is the motion of Kevin Sweet for a "Corrective Order." Mr. Sweet states in his motion that:

> On or about January 30, 2005, the judge ordered "the case be dismissed as it was previously" (Kevin Sweet barred from filing without permission of the Court). The new order is incorrect in that the Trustee has now listed the Debtor's wife as being barred from filing without permission of the Court.

*See* Document No. 83. The Trustee objects on the ground that while Kevin Sweet has had six prior filings of his own here,[1] that this is also Mrs. Sweet's fourth Chapter 13 filing with this Court,[2] and that the bar clearly applies to her, as well.

The Trustee is correct and his objection is sustained. All of Kevin Sweet's prior Chapter 13 filings were dismissed because of his repeated failure to perform as promised, *see* Order Dismissing Case, BK No. 02-14644, Document No. 117, August 28,

---

[1] There were seven prior filings by Mr. Sweet if we count BK No. 93-12884 which resulted in a Chapter 7 discharge.

[2] Diane Sweet, who has also filed under the name Diane Loranger, has filed the following cases: 01-11455, 02-11462, 04-10582, all of which were dismissed for her failure to comply with debtor's duties under the Code. Each case is filled with Orders to Show Cause and Notices of Intent to Dismiss, and none came close to confirmation.

15

2003, and he is clearly the architect of his wife's four failed cases. Notwithstanding their ten prior combined Chapter 13 filings, in which this Court is complicit by its overindulgence, the Sweets have never achieved confirmation of a viable Chapter 13 Plan. In the instant case, Mr. and Mrs. Sweet, as usual, were given more than ample opportunity to perform, but each time the Court set a deadline or extended deadlines for their benefit, they defaulted on their representations which, at this point, and with the benefit of hindsight, all proved to be false. The Sweets' serial filings constitute an intentional abuse of the bankruptcy process, and an embarrassment to this Court for permitting it to happen. For these reasons, and others too numerous to recite here, the Order entered on February 10, 2005, clearly bars any future filings without first obtaining the Court's permission, as to both Kevin Sweet and Diane Loranger Sweet. That was and is the Court's intention, which, in the circumstances, needed no clarification or correction. Kevin Sweet's Motion for a corrective order is frivolous, and it is DENIED, with prejudice.

Dated at Providence, Rhode Island, this 9th day of March, 2005.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 3/9/2005

(6)

IN RE
Kevin E Sweet Sr
Diane D Sweet
Debtors

BK NO 04 12083
ch 13

NOTICE OF APPEAL

Now comes the Debtors in the above listed BK case # 04-12083 and appeals the Decision of the Order Denying Debtors Motion for Corrective Order Entered on the 9th Day of March 2005.

Respectfully Submitted

Kevin E Sweet
3-12-05
401-934-2929

Certification

I certify, that on this Day March 21st, 2005 I placed in Regular US Mail a copy of this appeal to the US Trustee 10 Dorrance St Prov, RI and John Boyajian to 182 Waterman Ave Prov 02906

FILED MAR 21 '05 13:40 USBC RI

FILED MAR 21 '05 13:41 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Kevin Sweet Sr
Diane D Sweet
Debtor(s)

BK No. 04-12083
Chapter 13

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 3-9-2005, Doc. No. 85.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| Kevin E Sweet Sr<br>Diane D Sweet<br>Debtors | John Boyajian Trustee |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br>Pro Sey | Attorney (If known)<br>Same as Above |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☒ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature]
Signature of Attorney (or Appellant, if pro se)

Dated: 3-21-05

8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Sweet, Kevin & Diane D.

Debtor(s)

BK No.04-12083
Chapter 13

**NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL, WITH CERTIFICATE OF DEFAULT, TO APPELLATE COURT**

On 3/21/2005, a notice of appeal [Doc.#90] was filed in the above entitled case, appealing a judgment entered in this Court on 3/9/2005. Pursuant to Fed. R. Bankr. P. 8006:

> Within 10 days after filing the notice of appeal as provided by Rule 8001(a), entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall *file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented.*

Fed. R. Bankr. P. 8006 (emphasis added).

According to the docket in this case, appellant's designation of items was due on or before 3/31/2005. To date, appellate has failed to file with the Court any of the appeal documents specified in Rule 8006.

Additionally, Fed. R. Bankr. P. 8006 further requires, in relevant part, that "[a]ny party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated ..." To date, appellant has failed to furnish the Court with copies of items designated.

Accordingly, in light of appellant's failure to comply with

the time periods set forth in the Federal Rules of Bankruptcy Procedure, NOTICE IS HEREBY GIVEN that it is intention of this Court to transmit the within pending appeal, together with a Certificate of Default, to the designated appellate court within ten days of this Notice, on or after 4/11/2005. Appellant may avoid the entry of a certificate of default and transmission of the appeal by filing the overdue appeal documents, or by requesting, and being granted, a motion to extend time for cause, before 4/11/2005.

Dated at Providence, Rhode Island, this 1st day of April, 2005.

Susan M. Thurston
Clerk, US Bankruptcy Court

By: cs
Deputy Clerk

Document Number: 97

FILED MAR 31 '05 12:52 USBCRI

9

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

BK NO. 04-12083

STATEMENT OF ISSUES

1) TRUSTEES STATEMENTS AS TO THE DISMISSALS OF HIS PRIOR PETITIONS

2) THE ACUSATIONS OF THE DEBTOR ABUSING THE BANKRUPTCY PROCESS

3) VIOLATION OF BARRING THE DEBTOR AND HIS WIFE.

(10)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: | . Case No. 04-12083 |
| | . |
| | . |
| KEVIN and DIANE SWEET, | . |
| | . 380 Westminster Street |
| | . Providence, Rhode Island 02903 |
| | . |
| Debtors. | . |
| | . January 26, 2005 |
| . . . . . . . . . . . . . . | . 10:38 a.m. |

TRANSCRIPT OF HEARING
BEFORE HONORABLE ARTHUR N. VOTOLATO
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtors: | Law Office of Edward Lawson, Jr.<br>By: EDWARD G. LAWSON, JR. ESQ.<br>260 Lonsdale Avenue<br>Pawtucket, RI 02860 |
| For the Trustee: | Boyajian Harrington & Richardson<br>By: JOHN BOYAJIAN, ESQ.<br>182 Waterman Street<br>Providence RI 02906 |
| Audio Operator: | Joseph Wilkicki |

Proceedings recorded by electronic sound recording, transcript Produced by transcription service

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@optonline.net**

**(609) 586-2311 Fax No. (609) 587-3599**

why this Court looks so ridiculous at this point, vis-a-vis Mr. Sweet and all of his cases?

MR. LAWSON: Well, I take issue with the conclusion that the court is looking ridiculous in this sense. I don't believe that that's the case and I think that the Court is well within its discretion or well within its bounds to give Mr. Sweet the opportunity to attempt to resolve the IRS matters. I also think that it's also a sound decision to hold him accountable and to make the process push along, to take an active involvement, so to speak, as the Court has in this case.

THE COURT: Mr. Lawson, have a seat.

MR. LAWSON: Thank you.

THE COURT: I don't think I've done that in 35 years, but this is the time. Based on the entire record in this case and in the five prior cases, if that's the wrong number, I'll stand corrected, as to whatever the number of prior cases happens to be. Based on the, again, over indulgence of all of us, including the Trustee, regarding the babysitting of this case since Mr. Sweet filed -- well, we're here on confirmation of an amended plan and on the Court's sua sponte reconsideration of the order vacating the prior dismissal. On it's own motion, the Court reconsidered the dismissal order, in hindsight, based on everything that's transpired during this exercise in waste of time, reconsideration was ill advised, the prior dismissal order is totally reinstated, the stay that was

in effect is to continue with as much force as this Court can apply to it and Mr. Sweet's objection to these comments and to these rulings is noted. You've heard this before, Mr. Lawson and I'll treat it as though you have filed a motion for a stay pending appeal, and that's denied, so you may save some steps, if you want to go that route and go directly to the district court with this issue, but given the warnings that the Court has -- last week we were supposed to be here with a resolution, or else, and again, being consistent and a second waste of item, we did another week of indulgence to Mr. Sweet and we've heard that his accountant's been playing phone tag with the IRS as late as yesterday and I realize that the storm gives everybody a huge excuse, let's call it, but it doesn't work in this case. Mr. Sweet is out of court again.

You can prepare an order, Mr. Boyajian.

MR. BOYAJIAN: Yes, Your Honor, I will.

*****

FILED APR 11 '05 11:00 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

KEVIN E SWEET SR.
DIANE D SWEET

BK NO. 04-12083
CHAPTER 13

**DEBTERS DESIGNATION OF CONTENTS FOR INCLUSION IN THE RECORD ON APPEAL. AND STATEMENT OF ISSUES ON APPEAL:**

1) COURT ORDER - ENTERED ON DOCKET FEBRUARY 10, 2005.

2) JUDGMENT AS ENTERED ON THE SAME FEBRUARY 10, 2005.

3) DEBTORS MOTION FOR CORRECTIVE ORDER FILED FEBRUARY 18, 2005.

4) TRUSTEES RESPONCE TO THE DEBTORS MOTION FOR CORRECTIVE ORDER DATED MARCH 3. 2005

5) ORDER DENYING DEBTORS MOTION FOR CORRECTIVE ORDER MARCH 9, 2005.

6) DEBTORS NOTICE OF APPEAL DATED MARCH21. 2005.

7) DEBTORS APPELLANT ELECTION FORM DATED MARCH 21,2005.

8) COPY OF TRANSCRIPT OF THE JANUARY 26TH 2005 HEARING, PAGE 10 AND 11.

9) NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL. WITH CERTIFICATE OF DEFAULT. TO APPELLATE COURT.

10) THE DEBTORS ORIGINAL STATEMENT OF ISSUES FILED WHEN DUE AND STAMPED BY THE COURT MARCH 31. 2005.

**STATEMENT OF ISSUES**

THE BASIS FOR THIS APPEAL WAS THE ORDER THAT CAME OUT OF THE BANKRUPTCY

COURT DATED JANUARY 26, 2005 AND ENTERED ON THE DOCKET FEBRUARY 10, 2005 (DEBTORS ITEM #1).

HOWEVER. UPON THE FILING OF THE MOTION FOR CORRECTIVE ORDER BY THE DEBTOR. THE TRUSTEE, MR JOHN BOYAJIAN, RESPONDED WITH OTHER INACURATE AND FALSE REPRESENTATION STATING "THAT THE COURT WAS CORRECT IN BARRING EITHER MR SWEET OR MRS. SWEET "... THIS IS A MIS REPRESENTATION OF THE FACTS

IN THAT THERE WAS NO SUCH LANGUAGE BARRING THE DEBTORS WIFE . AS CAN BE NOTED IN THE (DEBTORS ITEM #8) PAGE 10 AND 11 OF THE TRANSCRIPT OF THAT JANUARY 26TH HEARING.

SINCE THAT RESPONCE BY JOHN BOYAJIAN AS TRUSTEE. THERE IS A NEW AND MORE COLORFUL EXPRESSION OR REPRESENTION.OR INTERPRETATION MAY WE CALL IT, OF THE DEBTORS, HISTORY IN THE BANKRUPTCY COURT. BEING THE (DEBTORS ITEM # 5).

WHEREFORE THE DEBTOR TAKES ISSUE IN THOSE MISREPRESENTATIONS OF THE TRUSTEE AND THE COURT.

FURTHER CONTRARY TO THE THE LANGUAGE OR REPRESENTATION THAT THE APPELANT HAS FAILED TO FILE WITH THE COURT ANY OF THE APPEAL DOCUMENTS IN THE COURTS NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL.WITH CERTIFICATE OF DEFAULT. TO APPELLATE COURT. (DEBTORS ITEM #9)

THE DEBTOR DID FILE A STATMENT OF ISSUES, IN TIME, STAMPED AND TIME DATED BY THE COURT MARCH 31.2005.COPY IS ATTACHED (DEBTORS ITEM # 10). AND IS MADE PART

OF THE DEBTORS STATEMENT OF ISSUES. WHICH WILL BE EXPLAINED IN THE FORTHCOMING BRIEF.

DATED THIS 11TH DAY OF APRIL, 2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET
DEBTOR, PROSEY

*CERTIFICATION:*

I. KEVIN E SWEET CERTIFY . I PLACED IN REGULAR US MAIL A COPY OF THIS DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES TO THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 AND JOHN BOYAJIAN. TRUSTEE. 182 WATERMAN AVE PROVIDENCE RI 02906 THIS 11TH DAY OF APRIL 2005.

(7)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
DIANE SWEET
Debtors

BK-04-12083
CHAPTER 13

## ORDER

This matter came to be heard on the 26th day of January 2005 on the Court's *sua sponte* Reconsideration of Order Vacating Dismissal and after hearing thereon, it is

ORDERED

1. The Order Vacating Dismissal is vacated and the dismissal of the case is reinstated; and

2. Kevin Sweet and Diane Sweet are barred from filing any further bankruptcy petitions with this Court without the prior permission of the Court.

Arthur N. Votolato
Bankruptcy Judge

## CERTIFICATION

I hereby certify that a copy of the within Order was mailed, postage prepaid, to Mr. & Mrs. Kevin Sweet, 179 Sandy Brook Road, Harmony, RI 02829 and electronically mailed to Edward Lawson, Esq. at Lawsonlaw@cox.net on January 27, 2005.

/s/ Martha Hunt

Entered on docket: 2/10/05

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)528-4477**

**Kevin Sweet** and **Diane D. Sweet**

Debtor(s)

BK No. **1:04-bk-12083**

Chapter **13**

Judge: **Arthur N. Votolato**

## JUDGMENT

Pursuant to the order entered this date, judgment is hereby entered regarding;

**79 - Order Dismissing Case.**

Judgment #: 1:04-bk-12083 - 80 - 79

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **2/10/05**
Document Number: ***80 - 79***

By: **HAD**
Deputy Clerk

judgement.jsp #404

3

FILED FEB 18 '05 14:44 USBCRI

UNITED STATES BANKRUPTCY COURT

DEBTOR

CH 13

KEVIN E SWEET
DIANE D SWEET

04-12083

MOTION FOR CORRECTIVE ORDER

NOW COMES THE DEBTOR AND REQUESTS A CORRECTIVE ORDER ON THE DISMISSAL OF THE ABOVE CAPTIONED MATTER.

ON OR ABOUT JANUARY 30, 2005 THE JUDGE ORDERED "THE CASE BE DISMISSED AS IT WAS PREVIOUSLY" (KEVIN SWEET BARRED FROM FILING WITHOUT PERMISSION OF THE COURT).

THE NEW ORDER IS INCORRECT IN THAT THE TRUSTEE HAS NOW LISTED THE DEBTORS WIFE AS BEING BARRED FROM FILING WITHOUT PERMISSION OF THE COURT.

FEBRUARY 18,2005

RESPECTFULLY,

KEVIN E SWEET
DEBTOR

*CERTIFICATION*

I , KEVIN E SWEET , CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID A TRUE COPY TO US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02093 AND TO JOHN BOYAJIAN, WATERMAN AVE PROVIDENCE RI . THIS 18TH DAY OF FEBRUARY ,2005

9

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
DIANE SWEET
Debtors

BK-04-12083
CHAPTER 13

TRUSTEE'S RESPONSE TO DEBTORS' MOTION FOR CORRECTIVE ORDER

Mrs. Sweet, under her own name or under the name of Diane Loranger filed four separate petitions in this court.[1] The trustee believes that the court was correct in barring either Mr. Sweet or Mrs. Sweet from filing further bankruptcy petitions without the prior permission of the court.

/s/ [signature]
John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605

CERTIFICATION

I hereby certify that a copy of the within Response was mailed, postage prepaid, to Edward Lawson, Esq., 260 Lonsdale Avenue, Pawtucket, RI 02860; Mr. & Mrs. Kevin Sweet, 179 Sandy Brook Road, Harmony, RI 02829 on March 3, 2005.

/s/ Dana A. Westerkamp

[1] Cases are 01-11455 filed 4/11/2001, 02-11462 filed 4/17/2002, 04-10582 filed 2/27/2004 and 04-12083 filed 6/24/2004.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET and DIANE D. SWEET, Debtors — BK No. 04-12083, Chapter 13

**ORDER DENYING DEBTORS' MOTION FOR CORRECTIVE ORDER**

Before the Court is the motion of Kevin Sweet for a "Corrective Order." Mr. Sweet states in his motion that:

> On or about January 30, 2005, the judge ordered "the case be dismissed as it was previously" (Kevin Sweet barred from filing without permission of the Court). The new order is incorrect in that the Trustee has now listed the Debtor's wife as being barred from filing without permission of the Court.

*See* Document No. 83. The Trustee objects on the ground that while Kevin Sweet has had six prior filings of his own here,[1] that this is also Mrs. Sweet's fourth Chapter 13 filing with this Court,[2] and that the bar clearly applies to her, as well.

The Trustee is correct and his objection is sustained. All of Kevin Sweet's prior Chapter 13 filings were dismissed because of his repeated failure to perform as promised, *see* Order Dismissing Case, BK No. 02-14644, Document No. 117, August 28,

---

[1] There were seven prior filings by Mr. Sweet if we count BK No. 93-12884 which resulted in a Chapter 7 discharge.

[2] Diane Sweet, who has also filed under the name Diane Loranger, has filed the following cases: 01-11455, 02-11462, 04-10582, all of which were dismissed for her failure to comply with debtor's duties under the Code. Each case is filled with Orders to Show Cause and Notices of Intent to Dismiss, and none came close to confirmation.

2003, and he is clearly the architect of his wife's four failed cases. Notwithstanding their ten prior combined Chapter 13 filings, in which this Court is complicit by its overindulgence, the Sweets have never achieved confirmation of a viable Chapter 13 Plan. In the instant case, Mr. and Mrs. Sweet, as usual, were given more than ample opportunity to perform, but each time the Court set a deadline or extended deadlines for their benefit, they defaulted on their representations which, at this point, and with the benefit of hindsight, all proved to be false. The Sweets' serial filings constitute an intentional abuse of the bankruptcy process, and an embarrassment to this Court for permitting it to happen. For these reasons, and others too numerous to recite here, the Order entered on February 10, 2005, clearly bars any future filings without first obtaining the Court's permission, as to both Kevin Sweet and Diane Loranger Sweet. That was and is the Court's intention, which, in the circumstances, needed no clarification or correction. Kevin Sweet's Motion for a corrective order is frivolous, and it is DENIED, with prejudice.

Dated at Providence, Rhode Island, this 9th day of March, 2005.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 3/9/2005

(6)

IN RE
Kevin E Sweet Sr
Diane D Sweet
Debtors

BK NO 04 12083
ch 13

NOTICE OF APPEAL

Now comes the Debtors in the above listed BK case # 04-12083 and appeals the Decision of the Order Denying Debtors Motion For Corrective Order Entered on the 9th Day of March 2005.

Respectfully Submitted

Kevin E Sweet
3-12-05
401-934-2929

FILED MAR 21 '05 13:40 USBCRI

Certification

I certify, that on this day March ~~9~~ 21st, 2005 I placed in regular US mail a copy of this appeal to the US Trustee 10 Dorrance St Prov, RI and John Boyajian to 182 Waterman Ave Prov 02906

FILED MAR 21 '05 13:41 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Kevin Sweet Sr
Diane D Sweet
Debtor(s)

BK No. 04-12083
Chapter 13

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 3-9-2005, Doc. No. 85.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| Kevin E Sweet Sr<br>Diane D Sweet<br>Debtors | John Boyajian Trustee |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br><br>Pro Sey | Attorney (If known)<br><br>Same as Above |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☒ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature] Dated: 3-21-05
Signature of Attorney (or Appellant, if pro se)

8

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Sweet, Kevin & Diane D.

Debtor(s)

BK No.04-12083
Chapter 13

**NOTICE OF OVERDUE APPELLATE DOCUMENTS AND INTENT TO FORWARD APPEAL, WITH CERTIFICATE OF DEFAULT, TO APPELLATE COURT**

On 3/21/2005, a notice of appeal [Doc.#90] was filed in the above entitled case, appealing a judgment entered in this Court on 3/9/2005. Pursuant to Fed. R. Bankr. P. 8006:

> Within 10 days after filing the notice of appeal as provided by Rule 8001(a), entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall *file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented.*

Fed. R. Bankr. P. 8006 (emphasis added).

According to the docket in this case, appellant's designation of items was due on or before 3/31/2005. To date, appellate has failed to file with the Court any of the appeal documents specified in Rule 8006.

Additionally, Fed. R. Bankr. P. 8006 further requires, in relevant part, that "[a]ny party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated ..." To date, appellant has failed to furnish the Court with copies of items designated.

Accordingly, in light of appellant's failure to comply with

the time periods set forth in the Federal Rules of Bankruptcy Procedure, NOTICE IS HEREBY GIVEN that it is intention of this Court to transmit the within pending appeal, together with a Certificate of Default, to the designated appellate court within ten days of this Notice, on or after 4/11/2005. Appellant may avoid the entry of a certificate of default and transmission of the appeal by filing the overdue appeal documents, or by requesting, and being granted, a motion to extend time for cause, before 4/11/2005.

Dated at Providence, Rhode Island, this 1st day of April, 2005.

Susan M. Thurston
Clerk, US Bankruptcy Court

By: cs
Deputy Clerk

Document Number: 97

FILED MAR 31 '05 12:52 USBCRI

9

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

BK NO. 04-12083

STATEMENT OF ISSUES

1) TRUSTEES STATEMENTS AS TO THE DISMISSALS OF HIS PRIOR PETITIONS

2) THE ACUSATIONS OF THE DEBTOR ABUSING THE BANKRUPTCY PROCESS

3) VIOLATION OF BARRING THE DEBTOR AND HIS WIFE.

(10)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: . Case No. 04-12083

KEVIN and DIANE SWEET, . 380 Westminster Street
. Providence, Rhode Island 02903

Debtors. . January 26, 2005
. . . . . . . . . . . . . . . 10:38 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE ARTHUR N. VOTOLATO
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors: Law Office of Edward Lawson, Jr.
By: EDWARD G. LAWSON, JR. ESQ.
260 Lonsdale Avenue
Pawtucket, RI 02860

For the Trustee: Boyajian Harrington & Richardson
By: JOHN BOYAJIAN, ESQ.
182 Waterman Street
Providence RI 02906

Audio Operator: Joseph Wilkicki

Proceedings recorded by electronic sound recording, transcript
Produced by transcription service

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@optonline.net**

**(609) 586-2311 Fax No. (609) 587-3599**

why this Court looks so ridiculous at this point, vis-a-vis Mr. Sweet and all of his cases?

MR. LAWSON: Well, I take issue with the conclusion that the court is looking ridiculous in this sense. I don't believe that that's the case and I think that the Court is well within its discretion or well within its bounds to give Mr. Sweet the opportunity to attempt to resolve the IRS matters. I also think that it's also a sound decision to hold him accountable and to make the process push along, to take an active involvement, so to speak, as the Court has in this case.

THE COURT: Mr. Lawson, have a seat.

MR. LAWSON: Thank you.

THE COURT: I don't think I've done that in 35 years, but this is the time. Based on the entire record in this case and in the five prior cases, if that's the wrong number, I'll stand corrected, as to whatever the number of prior cases happens to be. Based on the, again, over indulgence of all of us, including the Trustee, regarding the babysitting of this case since Mr. Sweet filed -- well, we're here on confirmation of an amended plan and on the Court's sua sponte reconsideration of the order vacating the prior dismissal. On it's own motion, the Court reconsidered the dismissal order, in hindsight, based on everything that's transpired during this exercise in waste of time, reconsideration was ill advised, the prior dismissal order is totally reinstated, the stay that was

in effect is to continue with as much force as this Court can apply to it and Mr. Sweet's objection to these comments and to these rulings is noted. You've heard this before, Mr. Lawson and I'll treat it as though you have filed a motion for a stay pending appeal, and that's denied, so you may save some steps, if you want to go that route and go directly to the district court with this issue, but given the warnings that the Court has -- last week we were supposed to be here with a resolution, or else, and again, being consistent and a second waste of item, we did another week of indulgence to Mr. Sweet and we've heard that his accountant's been playing phone tag with the IRS as late as yesterday and I realize that the storm gives everybody a huge excuse, let's call it, but it doesn't work in this case. Mr. Sweet is out of court again.

You can prepare an order, Mr. Boyajian.

MR. BOYAJIAN: Yes, Your Honor, I will.

*****

FILED MAR 31 '05 12:52 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

BK NO. 04-12083

STATEMENT OF ISSUES

1) TRUSTEES STATEMENTS AS TO THE DISMISSALS OF HIS PRIOR PETITIONS

2) THE ACUSATIONS OF THE DEBTOR ABUSING THE BANKRUPTCY PROCESS

3) VIOLATION OF BARRING THE DEBTOR AND HIS WIFE.

US BK Court District For RI

IN RE

Kevin E Sweet SR
Diane D Sweet
Debtors

BK NO 04 12083
ch 13

# Notice of Appeal

Now comes the Debtors in the above listed BK case # 04-12083 and appeals the Decision of the Order Denying Debtors Motion For Corrective Order Entered on The 9th Day of March 2005.

Respectfully Submitted

Kevin E Sweet
3-12-05
401-934-2929

FILED MAR 21 '05 13:40 USBCRI

Certification

I certify, that on this Day March 9, 2005 I placed in Regular US mail a copy of this appeal to The US Trustee 10 Dorrance ST Prov, RI and John Boyajian To 182 Waterman Ave Prov 02906