FILED
JUL 0 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET CA 05-119ML

APPELLANTS REQUEST FOR EXTENSION OF TIME TO RESPOND TO THIS COURTS ORDER ENTERED JUNE 3, 2005.

NOW COMES THE APPELLANT , KEVIN E SWEET, AND AVERS AS FOLLOWS:

1) THE APPELLANT WAS NOT NOTICED OF THE JUNE 3RD ORDER UNTIL HE WAS NOTICED OF THE APPELLES "ADDITIONAL ISSUES TO BE RESOLVED ON APPEAL" DATED AND MAILED TO THE APPELLANT BY JOHN BOYAJIANS OFFICE ON JUNE 20,2005 AND RECEIVED BY APPELLANT ON OR ABOUT JUNE 23, 2005.
2) UPON NOTICE OF THIS DOCUMENT THE APPELLANT WAS INFORMED THAT THERE WAS AN ORDER OF SOME SORT IN PLACE BY THE U. S. DISTRICT COURT.
3) UPON NOTICE THE APPELLANT CAME TO THE CLERKS OFFICE TO REVIEW THE CASE FILE.
4) THE APPELLANT WAS INFORMED THAT A COPY OF THE ORDER WAS MAILED TO EDWARD LAWSON ESQ., THE ATTORNEY THAT HANDLED THE BANKRUPTCY CASE FOR WHICH THIS APPEAL ORIGINATED.
5) THE APPEAL WAS FILED PROSEY HOWEVER MR LAWSONS NAME WAS STILL ATTACHED FROM THE BANKRUPTCY COURT. BUT STATES IN NOTATION THAT THE APPEAL WAS FILED PROSEY.
6) MR LAWSON HAS NOT BEEN INVOLVED NOR DID HE NOTICE THE APPELLANT OF THIS ORDER.
7) THE APPELLANT WAS NOT NOTICED IN TIME TO FULLFILL THE ORDER.

THEREFORE, THE APPELLANT, RESPECTFULLY REQUESTS THIS HONORABLE COURT GRANT THE APPELLANT AN ADDITIONAL 14 DAYS TO ADEQUATELY RESPOND TO THE ORDER OF THIS COURT. TILL JULY 17,2005.

Granted. Mary M. Lisi USDJ 7/5/05

**THE APPELLANT WOULD FURTHER REQUEST THAT ALL INFORMATION BE FORWARDED TO THE APPELLANTS ADDRESS 179 SANDY BROOK RD HARMONY RI 02829 OR PO BOX 455 HARMONY RI 02829.**

**July 1, 2005**

**RESPECTFULLY SUBMITTED,**

**KEVIN E SWEET**

*Diane D. Sweet*

***CERTIFICATION***

**I, KEVIN E SWEET HEREBY CERTIFY THAT A COPY OF THE WITHIN REQUEST WAS MAILED TO JOHN BOYAJIAN, POSTAGE PREPAID ,TO 182 WATERMAN AVE PROVIDENCE RI 02906THIS 1ST DAY OF JULY 2005.**