DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR.
DIANE D SWEET A/K/A
DIANE D LORANGER

CA 05-119ML

**DEBTOR'S BRIEF PERTAINING TO APPEAL OF DEBTORS "MOTION FOR CORRECTIVE ORDER".**

NOW COMES THE DEBTORS AND AVER AS FOLLOWS:

THE MATTER ON APPEAL IN THIS HONORABLE UNITED STATES DISTRICT COURT IS BASED ON THE DEBTORS REQUEST FOR A CORECTIVE ORDER FILED IN THE US BANKRUPTCY COURT ON FEBRUARY 18,2005.

**FACTS OF TRAVEL**

1) THE DEBTORS HAD A CHAPTER 13 PETITION KNOWN AS 04-12083 FILED JOINTLY IN THE US BANKRUPTCY COURT.

2) THIS WAS THE FIRST AND ONLY PETITION FILED JOINTLY BY THE DEBTORS

3) THERE WAS A HEARING ON JANUARY 26, 2005 IN THE BANKRUPTCY COURT REGUARDING THE DEBTORS PETITION AND THE OUTCOME OF THAT HEARING RESULTED IN THE DISMISSAL OF THE DEBTORS, KEVIN E SWEET SR AND DIANE D SWEET, PETITION 04-12083.

   A COPY OF A PORTION OF THAT HEARING IS ATTACHED IN THE DEBTORS DESIGNATION OF CONTENTS, DEBTORS ITEM #8 , TRANSCRIPT PG 10 AND PG 11.

   IF THIS COURT WOULD REFLECT ON THAT TRANSCRIPT, LINE #24 & 25, IT IS CLEAR THAT THE JUDGE ORDERED "*THE PRIOR DISMISSAL ORDER IS TOTALLY REINSTATED , THE STAY THAT WAS IN EFFECT IS TO CONTINUE...* ".

4) ON FEBRUARY 10, 2005 AN ORDER PROVIDED BY , JOHN BOYAJIAN AS TRUSTEE WAS ENTERED ON THE DOCKET, WITHIN THAT ORDER IS LANGUAGE THAT STATES "KEVIN E SWEET AND DIANE D SWEET

ARE BARRED FROM FILING ANY FURTHER BANKRUPTCY PETITIONS WITH THIS COURT ...". SEE DEBTORS ITEM # 2 IN THE RECORD.

5) THE DEBTOR ON BEHALF OF HIMSELF AND HIS WIFE FILED A TIMELY MOTION FOR CORRECTIVE ORDER AS CAN BE SEEN IN THE DEBTORS ITEM # 3.
6) THAT MOTION FOR CORECTIVE ORDER WAS DENIED ON MARCH 9, 2005. DEBTORS ITEM # 5
7) THE DEBTOR HAD NO ALTERNATIVE BUT TO FILE WITH THIS COURT AN APPEAL TO THAT DECISION , WHICH WAS TIMELY FILED ON MARCH 21, 2005, DEBTORS ITEM #6.

## CONCLUSION

IT SHOULD BE RECOGNIZED AND THE COURT SHOULD TAKE NOTICE THAT THIS DEBTOR HAS CONFLICTS WITH THIS TRUSTEE, JOHN BOYAJIAN, DATING BACK TO 1996 WHEN THE TRUSTEE JOHN BOYAJIN , REPRESENTED KEVIN SWEETS FORMER PARTNER IN AN UNSUCCESSFUL MASSIVE ADVERSARY PROCEEDING AGAINST HIM.,EVEN THOUGH THE DEBTOR HOLDS ISSUE WITH MR BOYAJIAN ON SEVERAL MATTERS , THIS ISSUE AT POINT IS THE DEBTORS WIFE BEING BARRED FROM FILING.

THE FACTS ARE AS IS, THERE WAS NO LANGUAGE IN THE JUDGES DECISION OF JANUARY 26, 2005 HEARING NOR ANY REFERENCE TO THE BARRING OF THE DEBTORS WIFE. IN FACT, THE JUDGE STATES AS FOLLOWS "*THE PRIOR DISMISSAL ORDER IS TOTALLY REINSTATED...*".

THE ONLY PRIOR DISMISSAL ORDER WAS A PREVIOUS ORDER BARRING THE DEBTOR, KEVIN E SWEET SR IN CASE #02-14644, A COPY ATTACHED HERETO. THE DEBTORS WIFE WAS NOT A PARTY TO THAT PETITION.

THEREFORE, UNLESS THE TRUSTEE JOHN BOYAJIAN HAS ANY OTHER COURT ORDER STATING DIANE D SWEET IS BARED FROM FILING, IN BETWEEN THE HEARING DATE OF JANUARY 26, 2005 OR THE QUOTED "*PRIOR DISMISSAL ORDER*" BEING THE ORDER OF AUGUST 29, 2003 IN CASE #02-14644 STATING THE BARRING OF THE DEBTOR KEVIN E SWEET SR . THE DEBTORS MOTION FOR CORECTIVE ORDER ON APPEAL IN THIS HONORABLE DISTRICT COURT SHOULD BE GRANTED FORTHWITH.

AUGUST 19,2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR.

Diane D. Sweet

DIANE D SWEET

***CERTIFICATION***

**I KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID A COPY OF THE WITHIN DEBTORS BRIEF, TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906, AND THE US TRUSTEE 10 DORANCE ST PROVIDENCE RI 02903**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)528-4477**

---

**Kevin E. Sweet Sr.**

Debtor(s)

BK No. **1:02-bk-14644**

Chapter **13**

Judge: **Arthur N. Votolato**

---

**JUDGMENT**

Pursuant to the order entered this date, judgment is hereby entered regarding;

**#117 Order dismissing case and barring debtor from refiling without prior court approval.**

Judgment #: 1:02-bk-14644 – 118

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **8/29/03**
Document Number: ***118***

By: **ANG**
Deputy Clerk

judgement.jsp #404