DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

CA. 05-119ML

**DEBTORS MOTION FOR DEFAULT IN THE ABOVE CAPTIONED MATTER, DUE TO APPELLE JOHN BOYAJIANS FAILURE TO FILE BRIEF AS ORDERED BY THIS COURT**

NOW COMES THE DEBTOR AND AVERS AS FOLLOWS:

THE DEBTOR IN THIS CASE HAS HAD A LONG HISTORY OF CONFLICT AND DELAY TACTICS WITH MR BOYAJIAN.

SINCE 1996, SINCE HE REPRESENTED MY FORMER PARTNER IN1996 IN A MASSIVE ADVERSARY PROCEEDING AGAINST ME THAT LASTED ABOUT 18 MONTHS ALLS COUNTS WERE DISMISSED AND ON THE EVE OF TRIAL MR BOYAJIAN WITHDREW THE CASE, BUT NOT BEFORE THE APPELLANT SUSTAINED ENORMOUS FINANCIAL LOSSES FROM SEVERAL PROPERTIES AND FIRE DAMAGE TO ANOTHER PROPERTY, NON OF WHICH WAS INSURED IN HIS WATCH, IN FACT THE APPELLANT HAS RECEIVED A JUDGMENT AGAINST MR BOYAJIAN"S FRIEND AND FORMER TRUSTEE GREGORY HAMILTON IN THE AMOUNT OF $265,000.. IN THIS CASE MR BOYAJIAN WAS TO FILE A PRETRIAL ORDER AND A DISSMISSAL ORDER IN THAT MATTERR BUT THAT WAS NEVER DONE, THE CASE WAS LATER DISMISSED FOR FAILURE TO COMPLY WITH LR 7016-1, COPY ATTACHED EX A.

THE DEBTOR ALSO BELIEVES MR BOYAJIAN HAS OBSTRUCTED HIS EFFORTS IN MANY CASES AT THE BANKRUPTCY COURT BY NOT WITHDRAWING AS TRUSTEE DUE TO HIS OVERWELMING EVIDENCE OF CONFLICTS OF INTEREST WITH THIS DEBTOR. IN BANKRUPTCY COURT CASES 97-13624, 98-12307, 98-14914,00-10311 THE TRUSTEE MR BOYAJIAN WITHDREW AS TRUSTEE DUE TO CONFLICTS OF INTEREST WITH THE DEBTOR , HOWEVER, IN CASE 01-13089 THE DEBTOR HAD TO ACTUALLY FILE A MOTION TO REMOVE HIM AS TRUSTEE, MR BOYAJIANS RESPONSE "NO CONFLICT OF INTEREST EXISTS". THE COURT LATER GRANTED THE DEBTORS REQUEST TO REMOVE HIM. COPY ATTACHED EX B.

IN BANKRUPTCY CASE 02-14644 THE DEBTOR HAD TO AGAIN FILE A MOTION TO REMOVE HIM AS TRUSTEE THIS WAS FILED DECEMBER 17 2002.

8

THE TRUSTEE DID NOT RESPOND, THE COURT ORDERED HIM TO RESPOND BY JANUARY 27, 2003, THAT WOULD NOT HAPPEN EITHER. FINALLY ON FEBRUARY 6, 2003 THE DEBTOR WAS FORCED TO FILE A MOTION TO COMPEL THE TRUSTEE FOR WRITTEN POSITION TO REMOVE HIM AS TRUSTEE. MR BOYAJIAN RESPONDED ON FEBRUARY 10 2003 THAT "THE TRUSTEE FEELS IT IS APPROPRIATE THAT HE NOT BE APPOINTD IN THE CASE". ON FEBRUARY 20, 2003, *SIXTY-FIVE DAYS* LATER THE COURT REMOVED HIM AS TRUSTEE.COPIES ATTACHED EX C. IN ANOTHER CASE THE DEBTOR HAD TO GO TO A FULL HEARING, PROSEY, TO HAVE HIM REMOVED AS TRUSTEE, WHICH REMOVAL WAS GRANTED BY THE COURT.

IN THE INSTANT CASE, THIS HONORABLE DISTRICT COURTS ORDER DATEDJUNE 3RD 2005 IS SPECIFIC, WITHIN 30 DAYS ALL COUNCIL WILL FILE BRIEFS WITH THIS COURT. WHICH WOULD HAVE BOUGHT THE DEADLINE TO FILE BREIFS TO JULY 3, 2005. MR BOYAJIAN FILED NO BRIEF NOR EVEN AN EXTENSION OF TIME.

THE DEBTOR UNAWARE OF THE JUNE ORDER FILED AN EXTENSION OF TIME TO RESPOND ON JULY 1, 2005, AND WASN'T GRANTED UNTILL JULY 5, 2005. NOW ON JULY 11 2005 THE APPELLEE MR BOYAJIAN REQUESTS NEW DEADLINES.

THE APPELLEE HAD NO PRIOR KNOWLEDGE OF THE DEBTOR REQUESTING AN EXTENSION OF TIME FOR HIMSELF TO RESPOND AND SHOULD HAVE HAD HIS BRIEF FILED BY SUNDAY JULY 3, 2005 BUT DIDN'T, AND NOW AGAIN AFTER HE HIMSELF FILED FOR NEW DEADLINES,THE TIME HAS PASSED AGAIN.

THEREFORE, THE APPELLANT RESPECTFULLY REQUESTS THIS HONORABLE COURT TO DEFAULT THE APPELLEE JOHN BOYAJIAN AND GRANT THE APPELLANT'S APPEAL FOR CORECTIVE ORDER.

AUGUST 27, 2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

*CERTIFICATION*

I CERTIFY I MAILED A COPY TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903

EX

A

UNITED STATES BANKRUPTCY COURT
District of Rhode Island.
The Federal Center
380 Westminster Mall
Providence Rhode Island 02903

Frederick A. Costello
Suite 20D
33 College Hill Road
Warwick, RI 02886

---

Bankruptcy Proceeding No. 96 - 01128
Chapter No.:
Judge: Arthur N. Votolato

Gerald E. Cote et al. v. Kevin Sweet et al.
Debtor(s)

---

Debtor ssn: 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

**JUDGMENT**

Pursuant to the order entered this date, judgment is hereby entered regarding

**Order Dismissing Case for failure to comply with Local Rule 7016-1**

Entered on Docket and Dated: 11/21/97
Document No: 54

Susan M. Thurston
Clerk, U. S. Bankruptcy Court

BY: had
Deputy Clerk

Ex B

UNITED STATES BANKRUPTCY COURT

RE: KEVIN E SWEET

BK # 01-13089

FILED AUG 10 '01 09:27 USBCRI

DEBTORS REQUEST FOR REMOVAL OF JOHN BOYAJIAN AS TRUSTEE

Now comes the debtor, KEVIN E SWEET, in the above captioned matter and requests the removal of this Chapter 13 Trustee, John Boyajian, due to conflicts of interest with the debtor.

August 9, 2001

Respectfully submitted,

KEVIN E SWEET, debtor

I, KEVIN E SWEET, certify I placed in regular US Mail postage prepaid, a copy of this request John Boyajian, 182 Waterman St Providence RI 02906

KEVIN E SWEET

Granted [redacted]

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 9-13-01

Entered on docket
Date: 9-13-01

5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
Debtor

BK-01-13089
CHAPTER 13

## TRUSTEE'S RESPONSE TO DEBTOR'S REQUEST FOR REMOVAL OF JOHN BOYAJIAN AS TRUSTEE

The trustee objects to the debtor's request for the removal of John Boyajian, Esq. as Trustee as no conflict of interest exists with the debtor.

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600

## CERTIFICATION

I hereby certify that a copy of the within Objection was faxed and mailed to Kevin Sweet, PO Box 455, Harmony, RI 02829 on August ~~15~~ 16, 2001.

Kara L Watson

Ex C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: 02- 14644

KEVIN E SWEET

**MOTION TO REMOVE JOHN BOYAJIAN AS TRUSTEE, DUE TO CONFLICTS OF INTEREST WITH THE DEBTOR.**

NOW COMES THE DEBTOR, KEVIN E SWEET , IN THE ABOVE CAPTIONED MATTER AND REQUESTS THIS HONORABLE COURT TO REMOVE THE TRUSTEE, JOHN BOYAJIAN DUE TO CONFLICTS OF INTEREST WITH THE DEBTOR. THE TRUSTEE HAS IN THE PAST FILED FALSE COMPLAINTS AGAINST THE DEBTOR THROUGH THIS COURT, THOSE COMPLAINTS PROVEN UNSUCCESFUL.

THE DEBTOR IS SURE THIS COURT WOULD UNDOUBTABLY AGREE THERE IS A CONFLICT OF INTEREST DUE TO THE ACTIONS OF THIS TRUSTEE OVER 5 YEARS WITH THIS DEBTOR AND WOULD REQUEST THE TRUSTEE, JOHN BOYAJIAN BE REMOVED IMMEDIATELY.

DECEMBER 17, 2002

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

*CERTIFICATION*

I CERTIFY I PLACED IN REGULAR US MAIL, A COPY OF THE WITHIN MOTION TO JOHN BOYAJIAN 182 WATERMAN AVE PROV RI 02906 AND US TRUSTEE 10 DORRANCE ST PROV RI 02906 . THIS 17TH DAY OF DECEMBER, 2002.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:
KEVIN SWEET

(Debtors)

BK No. 02-14644
Chapter 13

**ORDER FOR WRITTEN POSITION**

With respect to the above-entitled matter, John Boyajian Esq., is hereby ORDERED to file a written position regarding the Motion to Remove Trustee filed by Debtor Kevin Sweet, with this Court no later than 1/27/03, at 4:30 p.m. with proper certification to all interested parties.

ORDER:

Deputy Clerk

ENTER:

Arthur N. Votolato
U. S. Bankruptcy Judge
Dated: 1/14/03

Entered on docket: 1/14/03
Document Number: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

FILED FEB 07'03 13:24 USBCRI

RE: KEVIN E. SWEET BK # 02-14644

**Debtors Motion to Compel the Trustee, John Boyasian for written position on Debtors Motion to Remove H im as Trustee.**

Now comes the debtor, KEVIN E SWEET, in the above captioned matter and represents to this honorable court the following facts:

1) that on December 13, 2002 the debtor filed the instant CH 13 BK # 02-14644.

2) that the standing Trustee for Rhode Island is John Boyajian Esq.

3) that as a result of past conflicts between the debtor and trustee, John Boyajian, the debtor filed a MOTION TO REMOVE HIM AS TRUSTEE, on December 17, 2002.

4) that since December 16, 2002 there has been no objection filed by the trustee Boyajian, in fact there has been no responce at all by the trustee reguarding the DEBTORS MOTION TO REMOVE HIM AS TRUSTEE ever. Over 51 days have passed.

5) that this Honorable court, dated on January 14, 2003 an Order for John Boyajian to file a written position to the debtors Motion to remove him as trustee with the court no later than January 27, 2003 @ 4:30.

6) that to the debtors knowledge as of this date FEBRUARY 6, 2003, M r Boyajian has not responded to the order of this court.

7) that the trustee is in violation of that court order by not filing his written position in this matter pending before this court.

WHEREFORE, the debtor prays for following of this Honorable Court;

That John Boyasian, be ordered immediately to respond to that order with his written position reguarding the debtors motion to remove him as trustee in the instant case.

February 6, 2003

Respectfully submitted,

KEVIN E. SWEET

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
Debtor

BK-02-14644
CHAPTER 13

TRUSTEE'S RESPONSE TO
ORDER FOR WRITTEN POSITION

11 U.S.C. §324(a) states that the Court may remove a trustee "for cause". The debtor alleges that there is a conflict of interest (no doubt based upon the trustee's prior representation of Gerald Cote in a Chapter 11 proceeding in which Mr. Cote filed an adversary proceeding against Mr. Sweet).

In a prior case (BK-01-13089) the debtor made a similar motion and the Court granted the motion. In this filing the debtor has filed a plan in which he indicates that he may bring an action against the trustee. Under those circumstances, the trustee feels it is appropriate that he not be appointed in the case.[1]

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel: (401) 273-9600
Fax: (401) 273-9605

[1] This is the sixth bankruptcy case filed by this debtor (BK-97-13624, 98-12307, 98-14914, 00-10311 and 01-13089). In the last case the United States trustee appointed the Chapter 13 trustee from Boston, Doreen B. Solomon, to serve as trustee. The case was commenced on August 8, 2001 and concluded on April 30, 2002. During that period the debtor paid to the trustee the total of $62.50 and the case was eventually dismissed. See attached final report.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -x

In re: :
KEVIN SWEET
: BK No. 02-14644
Debtor(s) Chapter 13
:

- - - - - - - - - - - - - - - -x

**ORDER GRANTING DEBTOR'S MOTION TO REMOVE TRUSTEE**

Upon consideration of the Debtor's Motion to Remove John Boyajian as Chapter 13 Trustee and the Trustee's response thereto, it is hereby **ORDERED** that, for the reasons given in the Trustee's response (doc. #27), the Debtor's Motion to Remove Trustee is **GRANTED**.

ORDER:

Deputy Clerk

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 2/20/03

Entered on Docket: 2/20/03
Document Number: 28