UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Kevin Sweet and Diane D. Sweet
Debtors

C.A. No. 05-119ML

**ORDER**

Debtors have appealed the Bankruptcy court's denial of a "motion for corrective order." This current matter is before the court pursuant to debtors' motion for default against the appellee, John Boyajian.

Debtors' motion is denied. Appellee is ordered to file a brief with the Clerk of this Court and forward a copy to debtors within 10 days of the date of this order.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
September 19, 2005