FILED
OCT 17 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE; KEVIN E SWEET SR
DIANE D SWEET

CA. 05-119ML

**APPELANT REQUEST FOR CONTINUANCE OF TRIAL DATE**

NOW COMES THE APPELANT , AND REQUESTS A CONTINUANCE OF THE TRIAL DATE SET FOR OCTOBER 24, 2005 , FOR THE FOLLOWING REASONS:

1) COUNCIL , MR COSTELLO , THAT APPELLANT WILL BE RETAINING TO REPRESENT US IS EXCUSED FROM COURT TILL NOVEMBER 2, 2005.

2) THE APPELANT WILL HAVE TIME TO ADEQUATLEY RESPOND TO THE APPELE BRIEF, A REQUEST FOR TIME ON THAT RESPONSE IS HERETO FILED SIMULTAINIOUSLY WITH THIS REQUEST.

WITH ALL DUE RESPECT TO THIS COURT, THE APPELANT WOULD REQUEST THE DATE OF NOVEMBER 21, 2001 FOR TRIAL.

OCTOBER ~~14~~,2005
17

RESPECTFULLY SUBMITTED,

KEVIN E SWEET
129 Sandy Brook Rd
Harmony RI 02829
401-934-2929

*CERTIFICATION*

I, KEVIN E SWEET CERTIFY, I HAND CARRIED A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN ESQ 182 WATERMAN AVE PROVIDENCE RI 18 AND MAILED TO THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 THIS 17 DAY OF OCTOBER 2005.