UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE; KEVIN E SWEET SR
DIANE D SWEET

CA. 05-119ML

**APPELANT REQUEST FOR 7 DAYS TO RESPOND TO THE APPELL'S BRIEF**

NOW COMES THE APPELANT AND AVERS AS FOLLOWS;

1) THE APPELLANT RECEIVED THE APPELLES BRIEF ON TUESDAY OCTOBER 4, 2004, BUT HAD BEEN UNABLE TO RESPOND YET BECAUSE HE PULLED MUSSELS IN HIS INTERIOR CHEST CAVITY.
2) A COPY OF HOSPITAL NOTICE ATTACHED HERETO , DATED OCTOBER 1, 2005.

THEREFORE, THE APPELLANT WOULD APPRECIATE CONSIDERATION TO EXTEND TIME TO RESPOND FOR 7 DAYS TILL OCTOBER 24, 2005.

OCTOBER 14, 2005
17

RESPECTFULLY SUBMITTED,

KEVIN E SWEET
179 Sandy Brook Rd
Harmony RI 02829
401-934-2929

*CERTIFICATION*

I, KEVIN E SWEET CERTIFY, I HAND CARRIED A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN ESQ 182 WATERMAN AVE PROVIDENCE RI AND MAILED TO THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 THIS 17 DAY OF OCTOBER 2005.