UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE; KEVIN E SWEET SR
DIANE D SWEET

CA. 05-119ML

**APPELANT REQUEST FOR 7 DAYS TO RESPOND TO THE APPELL'S BRIEF**

NOW COMES THE APPELANT AND AVERS AS FOLLOWS;

1) THE APPELLANT RECEIVED THE APPELLES BRIEF ON TUESDAY OCTOBER 4, 2004, BUT HAD BEEN UNABLE TO RESPOND YET BECAUSE HE PULLED MUSSELS IN HIS INTERIOR CHEST CAVITY.
2) A COPY OF HOSPITAL NOTICE ATTACHED HERETO , DATED OCTOBER 1, 2005.

THEREFORE, THE APPELLANT WOULD APPRECIATE CONSIDERATION TO EXTEND TIME TO RESPOND FOR 7 DAYS TILL OCTOBER 24, 2005.

OCTOBER ~~14~~, 2005
17

Granted. Mary M. Lisi USDJ 10/18/05

RESPECTFULLY SUBMITTED,

KEVIN E SWEET
179 Sandy Brook Rd
Harmony RI 02829
401-934-2929

*CERTIFICATION*

I, KEVIN E SWEET CERTIFY, I HAND CARRIED A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN ESQ 182 WATERMAN AVE PROVIDENCE RI 18R AND MAILED TO THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 THIS 17 DAY OF OCTOBER 2005.

Roger Williams MEDICAL CENTER

# PATIENT INSTRUCTIONS

EMERGENCY DEPARTMENT

(401) 456-2121

NAME Kevin Sweet
DATE OF VISIT 12/1/05
ED RECORD NUMBER V0102467/7

❑ **X-RAY and EKG(electrocardiogram) INTERPRETATION**

If you had x-rays and/or an EKG, the emergency physician will have read these tests. For extra safety it is standard hospital practice for these tests to be read again by an x-ray specialist or a heart specialist. If there are additional findings which require different treatment, we will contact you or your doctor.

❑ **TREATMENT INSTRUCTION SHEETS GIVEN**

❑ Head Injury ❑ ____________
❑ Lacerations, Abrasions and Burns ❑ ____________
❑ Sprains ❑ ____________

❑ **FOLLOW-UP INSTRUCTIONS**

❑ No specific follow-up for this condition is anticipated at this time. If your condition does not improve as anticipated, contact us or return here.

❑ Contact your doctor, Dr. ____________, within ________ days to report your progress, and to arrange follow-up if needed.

❑ Make arrangements to see your doctor, Dr. ____________, for follow-up. We recommend that you be seen within ________ days.

❑ You are being referred to a doctor or a clinic. We recommend that you be seen
❑ definitely within ________ days. ❑ only if not well improved in ________ days.

If definite follow-up is advised, contact the doctor or clinic promptly to make an appointment.
NAME____________ TEL.____________ SPECIALTY____________

❑ Bring your x-rays with you to the doctor. Call the X-ray Department at 456-2225 during usual business hours to let them know that you will be coming in to pick up your x-rays. Call at least 24 hours in advance so that your x-rays can be prepared and ready for you when you arrive.

☒ **PRESCRIPTIONS GIVEN**

❑ SEDATION INSTRUCTIONS: Beware of possible drowsiness when taking the following medication(s):

❑ **WOUND CARE FOLLOW-UP** Return to the Emergency Department
❑ for a wound check in ________ days. ❑ to have sutures removed in ________ days.

☒ **ADDITIONAL ADVICE**

The examination and treatment provided in the Emergency Department have been provided on an emergency basis only, and have not been intended to be a substitute or replacement for complete medical care.

See your MDS
Use moist heat to chest wall area
Bengay Massage
Advil 2 tabs every 8 hrs as needed, with food

If you have any questions about your treatment in the Emergency Department, if you develop new symptoms, or if your condition does not progress as anticipated, please contact the Emergency Department **456-2121**

I understand that the Emergency Department has provided emergency care only. Additional follow-up may have been advised. My signature below indicates that I have received these instructions and that I understand them. If I need to be contacted about x-rays or other tests or advised about additional treatment I should be called at ____________.

[signature] Patient or person signing for patient

[signature] Registered nurse or physician