AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Kevin Sweet, et al

v.

John Boyajian, et al

APPEARANCE

CASE NUMBER: CA 05-119ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KEVIN SWEET

DIANE D. SWEET

I certify that I am admitted to practice in this court.

11.21.05

*Date*

*Signature*

EDUARD LAWSON

*Print Name*

0517

*Bar Number*

560 LONSDALE AV

*Address*

PAUT RI 02860

*City* *State* *Zip Code*

725 1810

*Phone Number*

725 2214

*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.