**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE: KEVIN E. SWEET
DIANE D. SWEET

C. A. NO. 05-119 ML

**MOTION FOR EXTENSION OF TIME**

Now comes counsel for Diane D. Sweet in the above entitled matter who moves this court for an extension of time to confer with his client regarding the filing of a dismissal stipulation.

As grounds therefore, the undersigned states that at the hearing on November 21, 2005, this court ordered that should the parties agree to dismiss the matter, that a stipulation be filed on November 21, 2005 and that should one not be filed that the Chapter 13 trustee file a one page memorandum. Subsequent to said hearing plaintiff's counsel examined the bankruptcy docket and relevant document and after conferring with the Chapter 13 trustee determined that it would be in the best interest of the plaintiff for a dismissal stipulation to enter. Counsel has attempted to contact and confer with his client to no avail.

Wherefore, counsel seeks an additional ten days to confer with his client to secure her permission to file a dismissal stipulation.

For Diane D. Sweet,
by her attorney:

Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 725 1810
401 725 2244 fax

**Certification**

I certify that I mailed a copy of the within to the US Trustee, 10 Dorrance Street, Providence, RI 02903 and to John Boyajian, the Chapter 13 trustee, 182 Waterman Street, Providence, RI 02906 on the 29th day of November, 2005.