**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE: KEVIN E. SWEET
DIANE D. SWEET

C. A. NO. 05-119 ML

**NOTICE TO CONTINUE WITH APPEAL**

On November 29, 2005, counsel for the appellant Diane Sweet requested a continuance to confer with the appellant regarding either the dismissal of the above action or whether to continue with the appeal. Said motion was granted.

Counsel has subsequently conferred with appellant who wishes to proceed with the appeal and accordingly, is hereby notifying the court that no dismissal stipulation will enter at this time.

At the hearing this court ordered the Chapter 13 Trustee John Boyajian to submit a one page summary. After advising the Chapter Trustee that the appellant wishes to proceed, it was agreed, subject to the approval of this court, that John Boyajian would have until December 9, 2005 to file the requested one page summary and that appellant would have two weeks thereafter to file an appropriate response.

For Diane D. Sweet,
by her attorney:

Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 723 1810
401 725 2244 fax

**Certification**

I certify that I mailed a copy of the within to the US Trustee, 10 Dorrance Street, Providence, RI 02903 and to John Boyajian, the Chapter 13 trustee, 182 Waterman Street, Providence, RI 02906 on the 6th day of December, 2005.

______________________