RECEIVED
DEC 09 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: KEVIN E. SWEET
DIANE SWEET
Debtors

CA 05-119 ML

SUMMARY OF CASES FILED BY KEVIN SWEET
AND/OR DIANE SWEET, A/K/A DIANE LORANGER

The following is a summary of the bankruptcy cases filed by Kevin Sweet and/or Diane Sweet, a/k/a Diane Loranger, in the United States Bankruptcy Court for the District of Rhode Island.

- BK-04-12083 - filed jointly by Kevin Sweet and Diane Sweet, a/k/a Diane Loranger on 6/24/04
  Dismissed 8/27/04 by Court for failure to file Amended Plan
  Dismissal vacated on 10/20/04
  Order entered 2/10/05 dismissing case after hearing on Chapter 13 Plan. Order barred debtors from filing any further bankruptcy petitions without permission of the Bankruptcy Court.
  Notice of Appeal to the Federal Court filed by debtors on 3/21/05
  On 6/29/05, debtors filed a motion requesting permission of the Bankruptcy Court for refiling. That motion was denied on 7/22/05. Debtor filed a motion to reconsider on 7/29/05 which was denied with Prejudice by the Bankruptcy Court on 8/5/05.
  Debtor filed an appeal to the District Court of the Order denying the request for refiling on 8/22/05 - District Court case number 05-00365-ML-DLM. This appeal is still pending.

- BK-04-10582 - filed by Diane Loranger, a/k/a Diane Sweet on 2/27/04
  Dismissed by court on 3/18/04 for failure to file missing documents

- BK-02-11462 - filed by Diane Loranger, a/k/a Diane Sweet on 4/17/02
  Converted to Ch. 7 on 7/17/02

Ch. 7 case dismissed upon motion of Ch. 7 trustee for failure to appear at §341 meeting. Case dismissed 5/24/02

- BK-02-14644 - filed by Kevin E. Sweet on 12/13/02
  On 12/17/02 debtor filed Motion to Remove John Boyajian as Chapter 13 Trustee. Order Granting Motion to Remove John Boyajian as Trustee granted by order of the court on 2/20/03. Doreen Solomon appointed Chapter 13 Trustee on 3/03/03.
  Trustee Doreen Solomon filed a Motion to Dismiss on April 11, 2003
  Case dismissed on 8/29/03 after hearing held on Trustee's Motion to Dismiss on 8/26/03. Order entered barred debtor from future filing without prior Court approval
  Notice of appeal filed by debtor on 9/5/03
  Appeal dismissed by District Court on 1/16/04

- BK-01-13089 - filed by Kevin E. Sweet on 8/8/01
  On 08/10/01 debtor filed Motion to Remove John Boyajian as Chapter 13 Trustee. Order Granting Motion to Remove John Boyajian as Trustee granted by order of the court on 9/13/01.
  Doreen Solomon appointed Chapter 13 Trustee on 9/19/01
  Trustee Doreen Solomon filed a Motion to Dismiss on 11/20/01
  Motion to Dismiss granted on 1/9/02

- BK-01-11455 - filed by Diane Sweet, a/k/a Diane Loranger on 4/11/01
  Case dismissed on 5/14/01 by Court because of debtor's failure to file missing documents

- BK-00-10311 - filed by Kevin E. Sweet on 2/2/00
  John Boyajian filed Rejection of Appointment as Trustee on 2/17/00
  Doreen Solomon appointed trustee on 2/22/00
  Motion to Dismiss or Convert filed by Doreen Solomon on 3/10/00
  Consent Order entered dismissing case on 7/5/00 staying dismissal until 6/30/00 to see if debtor converts to Ch. 7. If no conversion, case will be dismissed. Debtor did not convert so the case was dismissed on 7/5/00

- BK-98-14914 - filed by Kevin E. Sweet on 12/1/98
  John Boyajian filed Rejection of Appointment as Trustee on 12/17/98
  John Fitzgerald appointed trustee on 1/8/99
  Fitzgerald filed Motion to Dismiss on 3/1/99 because of failure to make payments and other violations of the Bankruptcy Code
  Doreen Solomon appointed trustee on 3/12/99
  Motion to Dismiss granted 4/15/99

- BK-98-12307 - filed by Kevin E. Sweet on 6/2/98
  John Boyajian filed Rejection of Appointment as Trustee on 6/9/98
  Richard Askenese appointed trustee on 6/11/98
  John Fitzgerald appointed trustee on 8/27/98
  Order entered dismissing case on 9/25/98 for failure to file amended plan

- BK-97-13624 - filed by Kevin E. Sweet on 8/28/97
  John Boyajian withdrew as Trustee on 9/12/97
  Richard Askenese appointed trustee on 9/12/97
  Askenese filed Motion to Dismiss on 11/20/97
  After a hearing on 2/5/98, Motion to Dismiss was granted but stayed for 10 days for debtor to convert to Chapter 11
  Debtor did not convert to Chapter 11 so case was dismissed on 2/24/98

- BK-93-12884 - Chapter 7 filed by Kevin E. Sweet on 11/12/93
  Trustee Louis Geremia filed No Asset Report on 12/14/93
  Case discharged 2/15/94

## CONCLUSION

The Trustee believes the pattern of filings listed above demonstrates without question a calculated abuse of the

Bankruptcy Code by both Kevin Sweet and Diane Sweet which belatedly was not tolerated by the Bankruptcy Court and which should not be tolerated by this Court.

Respectfully submitted,

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605

CERTIFICATION

I hereby certify that a copy of the within Summary was mailed, postage prepaid, to Kevin Sweet, 179 Sandy Brook Rd., Harmony, RI 02829; Diane Sweet, 179 Sandy Brook Rd., Harmony, RI 02829, Office of the US Trustee, 10 Dorrance St., Providence, RI 02903; Edward Lawson, Esq., 260 Lonsdale Ave., Pawtucket, RI 02860 on December 9, 2005.

Martha Hunt