**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE: KEVIN E. SWEET C. A. NO. 05-119 ML
DIANE D. SWEET

**MOTION FOR EXTENSION OF TIME**

Now comes counsel for Diane D. Sweet in the above entitled matter who moves this court for an extension of time to respond to the Summary of Cases document filed by the standing Chapter 13 Trustee John Boyajian.

As grounds therefore, the undersigned states that for an unexplainable reason, he only obtained a copy of said Summary on December 27, 2005.

Wherefore, counsel seeks an additional two weeks to research and respond to said Summary.

For Diane D. Sweet,
by her attorney:

Edward G. Lawson #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401 725 1810
401 725 2244 fax

**Certification**

I certify that I mailed a copy of the within to the US Trustee, 10 Dorrance Street, Providence, RI 02903 and to John Boyajian, the Chapter 13 trustee, 182 Waterman Street, Providence, RI 02906 on the 29th day of December, 2005.