UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**IN RE: KEVIN E. SWEET and**
**DIANE D. SWEET**

**C.A. N0. 05-119ML**

## <u>JUDGMENT</u>

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter against the Appellants, Kevin E. Sweet and Diane D. Sweet, pursuant to the Memorandum and Order dated January 30, 2006 DISMISSING their appeals and affirming the decision of the Bankruptcy Court.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: January 31, 2006