UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:KEVIN E SWEET SR
DIANE D SWEET

CA 05-119ML

**MOTION TO TERMINATE DEBTORS COUNCIL, MR EDWARD G LAWSON ESQ**

NOW COMES THE DEBTORS/ APPELLANTS, KEVIN E SWEET AND DIANE D SWEET AND REQUEST PERMISSION OF THIS COURT TO TERMINATE REPRESENTATION OF THE DEBTORS COUNCIL MR EDWARD G LAWSON ESQ. DUE TO HIS WILLFULL NEGLIGENCE, BREACH OF FIDUCIARY DUTY , FALSE STATEMENTS TO THIS COURT, MISREPRESENTATION OF FACTS , VIOLATIONS OF ETHICS AND OBVIOUS COLLUSION WITH THE TRUSTEE, MR BOYAJIAN TO DEFEAT THIS APPEAL AND FURTHER VIOLATING THE BANKRUPTCY RIGHTS AND CIVAL RIGHTS OF THE APPELLANTS.

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR
APPELLANT

DIANE D SWEET
APPELLANT
PO BOX 455
HARMONY RI 02829

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY, I PLACED IN REGULAR US MAIL POSTAGE PREPAID A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906.AND TO EDWARD LAWSON ESQ 260 LONSDALE AVE PAWTUCKET RI O2860.