Kevin E. Sweet
P.O. Box455
Harmony, Rhode Island 02829

EDWARD LAWSON ESQ
260 LONSDALE AVE
PAWTUCKET RI 02860

FEBRUARY 14, 2006

DEAR MR LAWSON,

I NEVER THOUGHT , ..............................................

ATTACHED ARE COPIES OF AN OBJECTION AND MOTION TO VACATE ORDER WITH RESPECT TO THE APPEAL BARRING MY WIFE FROM FILING IN BANKRUPTCY COURT CA 05-119ML YOU WERE SUPPOSED TO BE HANDLING FOR US.
YOU KNOW WHAT YOU'VE DONE AND NOT DONE IN THAT APPEAL, MY BK PETTITION 04-12083 AND MATTERS PERTAINING TO THE TAKING OF MY HOME ON JUNE 29,2005 WITH SHAPIRO & KREISMAN ESQ.
IF YOU WISH TO CONTACT ME , FEEL FREE, YOU HAVE MY NUMBERS, BUT YOU DON'T CALL ANYWAY. WHY WOULD YOU NOW.

I DO, WISH YOU CONTINUED HEALTH AND HOPE YOU DON'T EVER NEED TO DEPEND OR ENTRUST ON ANYONE AS I ENTRUSTED YOU, TO LOOK OUT FOR ME AND MY FAMILY, OUR HOME AND MORE IMPORTANTLY MY WIFES RIGHTS DURING MY TIME OF ILLNESS.

IT'S A SHAME, I THOUGHT YOU WERE A GOOD MAN WITH STRONG CONVICTIONS, ETHICS AND INTEGRITY, FACTS HAVE PROVEN OTHERWISE.

REGRETFULLY,

KEVIN E SWEET