FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:KEVIN E SWEET SR
DIANE D SWEET

CA 05-119ML

**MOTION TO TERMINATE DEBTORS COUNCIL, MR EDWARD G LAWSON ESQ**

NOW COMES THE DEBTORS/ APPELLANTS, KEVIN E SWEET AND DIANE D SWEET AND REQUEST PERMISSION OF THIS COURT TO TERMINATE REPRESENTATION OF THE DEBTORS COUNCIL MR EDWARD G LAWSON ESQ. DUE TO HIS WILLFULL NEGLIGENCE, BREACH OF FIDUCIARY DUTY , FALSE STATEMENTS TO THIS COURT, MISREPRESENTATION OF FACTS , VIOLATIONS OF ETHICS AND OBVIOUS COLLUSION WITH THE TRUSTEE, MR BOYAJIAN TO DEFEAT THIS APPEAL AND FURTHER VIOLATING THE BANKRUPTCY RIGHTS AND CIVAL RIGHTS OF THE APPELLANTS.

Denied as moot. The case terminated upon entry of judgment. Mary M. Lisi USDJ 3/16/06

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR
APPELLANT

DIANE D SWEET
APPELLANT
PO BOX 455
HARMONY RI 02829

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY, I PLACED IN REGULAR US MAIL POSTAGE PREPAID A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906.AND TO EDWARD LAWSON ESQ 260 LONSDALE AVE PAWTUCKET RI O2860.