UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

CA 05-119 ML

MOTION FOR COURT TO GRANT THE APPELLANTS UNOPPOSED OBJECTION AND MOTION TO VACATE ORDER DISMISSING APPEAL AND APPELLANTS MOTION TO TERMINATE COUNCIL

NOW COMES THE APPELLANTS, KEVIN E SWEET AND DIANE D SWEET, IN THE ABOVE CAPTIONED MATTER AND AVERS AS FOLLOWS:

THAT ON FEBRUARY 24, 2006 THE APPELLANTS FILED WITH THIS COURT AN OBJECTION TO APPELLANTS OWN COUNCIL, MR LAWSONS RESPONSE TO THE CH 13 TRUSTEES SUMMARY OF CASES AND CONCLUSION AND REQUESTED THAT THIS COURT STRIKE THAT RESPONSE AND FURTHER REQUESTED THIS COURT VACATE THIS COURTS ORDER DISMISSING THE ABOVE APPEAL. THE BASIS FOR THIS OBJECTION AND MOTION TO VACATE ARE IN BRIEF THE APPELLANTS COUNCIL LYING TO THIS COURT AND YOUR HONOR, AND INACURATE REPRESENTATIONS BY APPELLANTS COUNCIL MR LAWSON , AND INACURATE REPRESENTATIONS OF THE TRUSTEE BOYAJIAN AND COLLUSION BETWEEN APPELLANTS COUNCIL AND THE TRUSTEE, BOYAJIAN TO DEFEAT THE APPELLANTS APPEAL.

THAT OVER 20 DAYS HAVE PASSED AND NO OBJECTION OR RESPONSE HAS BEEN FILED BY EITHER APPELLANTS COUNCIL MR TED LAWSON OR THE TRUSTEE MR JOHN BOYAJIAN.

THEREFORE, THE APPELLANTS REQUEST THAT THIS COURT GRANT THE APPELLANTS MOTIONS TO TERMINATE DEBTORS COUNCIL, MR EDWARD LAWSONTHE DEBTORS OBJECTION TO MR LAWSONS RESPONSE TO THE CH 13 TRUSTEES SUMMARY OF CASES AND CONCLUSION AND REQUEST TO STRIKE THE SAME, AND FURTHER VACATE THE ORDER DISMISSING THE ABOVE APPEAL.

MARCH 18 , 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

DIANE D SWEET

401-941-1518
PO BOX 455 HARMONY IR 02829

***CERTIFICATION***

I, KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN MTION TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906 AND MR TED LAWSON 260 LONSDALE AVE PAWTUCKET RI 02860