UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET
DIANE D SWEET

C.A. 05-119ML

**APPELLANTS RESPONSE TO THE MR BOYAJIANS RESPONSE TO THE APPELLANTS MOTION FOR THIS COURT TO GRANT THE APPELLANTS UNOPPOSED OBJECTIONS AND MOTIONS TO VACATE THE ORDER DISMISSING THIS APPEAL AND APPELLANTS MOTION TO TERMINATE MR LAWSON AS COUNCIL.**

NOW COMES THE APPELLANTS, KEVIN E SWEET AND DIANE D SWEET, AND RESPOND TO THIS TRUSTEE, JOHN BOYAJIANS SO–CALLED RESPONSE TO THE APPELLANTS MOTION BEFORE THIS COURT FOR THE COURT TO GRANT THE APPELLANTS UNOPPOSED OBJECTION AND MOTION TO VACATE THIS COURTS ORDER DISMISSING THE APPEAL AND APPELLANTS UNOPPOSED MOTION TO TERMINATE COUNCIL.

ALL THE APPELLANTS WANT ARE TO BE HEARD AND FAIRLY JUDGED ON THE MERITS OF THIS APPEAL. THE APPELLANTS HAVE BEEN DENIED CERTAIN RIGHTS IN THE BANKRUPTCY COURT , THE TRUSTEE, JOHN BOYAJIAN WAS AND IS DIRECTLY RESPONSIBLE FOR THE VIOLATIONS TO MR SWEET IN THE PAST AND IN THE THIS PETITION BARRING MRS SWEET.

THE CASE AT HAND IS THE DENIAL OF CERTAIN RIGHTS OF THE DEBTORS WHICH WERE VIOLATED AT THE DISCRETION OF JUDGE VOTOLOTO OF THE BANKRUPTCY COURT.

THIS APPEAL IS BASED OUT OF AN ORDER SUBMITTED BY , JOHN BOYAJIAN WHO SUBMITTED UP THE SO-CALLED ORDER., BARRING THE DEBTOR DIANE SWEET FROM FILING A PETITION IN BANKRUPTCY COURT WITH OUT PERMISSION OF THAT COURT. BARRING THE DEBTOR FROM FILING, BARRING THE DEBTOR FROM RECEIVING PROTECTION FROM ILEGAL COLLECTION PRACTICES, BARRING THE DEBTOR THE RIGHT TO INJUNCTIVE RELIEF. BARRING THE DEBTOR HER RIGHTS TO LEGALLY CONTEST FALSE BILLS IN THE BANKRUPTCY FORUM……ETC.

AS NOTED BY MR BOYAJIAN THESE ARE EXTREME MEASURES PUT EMPLOYED BY THE COURT TO STOP ABUSIVE FILERS.

THE DEBTORS HAVE AND STILL DENYANY ABUSE TO THE BANKRUPTCY SYSTEM, TO THE CONTRARY IT HAS BEEN MR BOYAJIAN AS TRUSTEE WHO HAS ABUSED THE POWERS AND AUTHORITY OF THE BANKRUPTCY COURT IN HIS EFFORTS TO HINDER THE EFFORTS OF THE DEBTORS LEGITIMATE REQUESTS FOR PROTECTION UNDER THE BANKRUPTCY CODE. MR BOYAJIAN HAS WILFULLY AND NEGLIGENTLY HAS ATTEMPTED TO DESTROY THE DEBTORS HUSBAND FINANCIALY DUE TO A CONFLICT FROM 1996 BETWEEN HIMSELF AND MY HUSBAND WHICH MR BOYAJIAN LOST AND ULTIMITLY HAD TO WITHDRAW THAT ADVERSARY PROCEEDING, AND IN FACT THE DEBTORS ARE PREPARED TO SHOW THIS COURT HOW THE TRUSTEE HAS IN FACT, HINDERED THE EFFORTS OF THE DEBTORS IN MOST ALL CASES AT THE BANKRUPTCY COURT, AND BRING TO LIGHT THE PATTERN OF ABUSE BY MR BOYAJIAN AND THE BANKRUPTSY COURTS VIOLATIONS AGAINST THESE DEBTORS.

AS IN THE BANKRUPTCY COURT, HISTORY REPEATS ITS SELF HERE IN YOUR COURT, FROM THE DEBTORS NOT GETTING NOTICED ON TIME OR DELAYED THROUGH OTHER PARTIES. INACURATE DEPICTION FROM THE TRUSTEE REGUARDING THE ACTUAL DISMISSALS IN THE DEBTORS CASES, LATE OR NO RESPONCES PRODUCED AS WITH HIS BRIEF IN THIS MATTER HE WANTED NEW DEADLINES, DIDN'T ADHERE TO THOSE DEADLINES AND THE DEBTORS FILED A MOTION TO DEFAULT HIM IN THIS APPEAL (COPY ATTACHED), THAT MOTION WAS ALSO DENIED AND THE COURT HAD TO ORDER HIM TO FILE HIS BRIEF.

STILL FURTHER EVIDENCEDBY THE TRUSTEE JOHN BOYAJIANS ACTIONS IN BANKRUPTCT COURT REGUARDING ARE THE DELAYED WITHDRAWALS AS TRUSTEE IN MOST OR ALL OF THE PETITIONS DUE TO CONFLICTS WITH THE DEBTORS HUSBAND, THE REDERICK HE BOUGHT IN TO THIS MATTER HERE IS DISCUSTING, BECAUSE HE HAS NO MERIT TO HIS DEFENCE EXCEPT THE SAME OLD, SAME OLD.

LIKE NOW, INSTEAD OF RESPONDING TO THE DEBTORS VERY SERIOUS ALLEGATIONS MR BOYAJIAN CHOSE TO DO NOTHING.

AS THE SAME FOR MR LAWSON, WHO FOR SOME REASON BROUGHT DIANE SWEET INTO THIS CASE, SHE WAS NOT AN ORIGINAL PARTY TO THE FILING ,AND BECAUSE MR LAWSON DID NOT AMEND A CH13 PLAN AS COUNCIL FOR THE DEBTORS THE COURT SUA SPONTE RECONSIDERED ITS ALLOWING OF THE FILING, BECAUSE MR LAWSON DID NOT OBJECT TO THE OUTRAGOUS CLAIMS OF THE IRS THE CLAIM TOOK ON A FIGHT OF ITS OWN AND WAS THEN ULTIMATELY DISMISSED BECAUSE OF THAT CLAIM , BECAUSE MR LAWSON DID NOT BRING THIS MATTER OF THE CORRECTIVE ORDER TO THE BANKRUPTCY JUDGE , IT ALSO HAS TAKEN ON A FIGHT OF ITS OWN. MR LAWSON HAS NOT EVER SPOKEN OR SEEN DIANE SWEET REGUARDING THIS APPEAL. MR LAWSON LIED WHEN HE SAID HE DID AND COMPOUNDED THAT LIE BY LYING AGAIN STATING SHES AT HOME TAKING CARE OF HER CHILDREN(ATTACHED SEE AFFIDAVIT OF DIANE SWEET, FILED IN MR SWEETS APPEAL O5-365ML).

MR LAWSON AGAIN LIED TO YOUR HONOR ABOUT THE TIME HE HAD GOTTEN INTO THE APPEAL, I PERSONNALLY MET WITH HIM TWICE AND HE EVEN GAVE ME A FORM TO FOLLOW TO SET UP THE DESIGNATION OF CONTENTS AND STATEMENT OF ISSUES BACK IN THE BEGINNING OF THE APPEAL.

NOT TO MENTION THE COLLUSION BETWEEN THE MR BOYAJIAN AND MR LAWSON TO ATTEMT THE FILING OF A STIPULATION DISMISSING THE APPEAL EVEN WITH OUT THE DEBTORS PERMISSION AND NOT EVEN SPEAKING TO THE DEBTOR DIANE SWEET.

MR LAWSON ALSO SUBMITTED GROSSLY INADEQUATE RESPONSE OF THE DEBTORS AND INFACT MIS REPRESENTED MOST OF THOSE FACTS WRONG , I BELIEVE, IN AN EFFORT TO TRY AND KEEP IN LINE WITH MR BOYAJIANS RESPONCES.

MR LAWSON ALSO DECIDED AGAINST RESPONDING TO THE DEBTORS VERY SERIOUS CHARGES OF PERJURY TO JUDGE LISI AND THE MOTION TO TERMINATE HIM AS COUNCIL AS WELL AS THE MOTION TO VACATE THE APPEAL ORDER ANDSTRIKEHISRESPONCE.

THE ALLEGATIONS BROUGHT TO THIS COURT WITH RESPECT TO THE APPEAL FOR A CORRECTIVE ORDER ARE IMPERITIVE TO AND VIOLATE THE DEBTORS RIGHTS UNDER THE BANKRUPTCY CODE, AND THE CHARGES AS STATED TO THIS COURT OF PERJURY , LIES , COLLUSION AND MSREPRESENTATIONS OF THE FACTS ARE VERY SERIOUS ALLEGATIONS , NONE OF WHICH SHOULD BE TAKEN LIGHTLY OR TOLORATED BY THIS COURT.

*CONCLUSION*

DIANE SWEET WAS NOT HEARD IN THE BANKRUPTCY NOR HERE YET.

THE DEBTOR TIMELY FILED HIS MOTION TO VACATE THE ORDER DISMISSING THIS APPEAL ON FEBRUARY 24, 2006

THE DEBTORS WAITED OVER 20 DAYS TILL MARCH 22, 2006 AND BECAUSE THERE WAS NO RESPONSE BY EITHER MR BOYAJIAN OR MR LAWSON TO THESE ALLEGATIONS THE DEBTOR THEN FILED HIS MOTION FOR THIS COURT TO GRANT THESE UNAPPOSED MOTIONS.

THE APPELLANTS HAD THE RIGHT TO FILE A MOTION WITH THIS COURT TO INFORM HER OF THE ACTIONS OF THE PARTIES AND VACATE THE APPEAL DISMISSAL, AND TERMINATE COUNCIL.THE TRUSTEEMR BOYAJIAN AND COUNCIL MR LAWSON HAD THE RIGHT TO RESPOND TO THE MOTIONS AND DISPUTE THSE ALLEGATIONS, BUT CHOSE NOT TO.

IN FACT , MR BOYAJIAN , EVEN THOUGH HE HAD NOT TAKEN TIME OR ISSUE TO RESPOND WITH THE VERY SERIOUS ALLEGATIONS PUT FORTH BY THE DEBTORS, NOW SIMPLY FEELS ITS NECESSARY I GUESS, TO STATE THE UNOPPOSED MOTIONS ARE OF NO CONSEQUENCE.

THE DEBTORS PRAY THESE ACTIONS DO NOT GO REWARDED. AND FURTHER PRAY THE COURT GRANT THE DEBTORS MOTIONS SO AS TO ALLOW THE DEBTORS TO GO FOREWARD TO PROSECUTE THIS APPEAL, ALLOW DIANE SWEET HER RIGHT TO BE HEARD AND TO BRING ALL PERTINANT ISSUES BEFORE THIS COURT, WHEREAS

YOUR HONOR CAN MAKE AN INFORMED DECISION ON ALL THE TRUE FACTS SURROUNDING THE APPELANTS REQUEST FOR A CORRECTIVE ORDER ON THE MERITS OF THE CASE.

MARCH 30, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

Diane D. Sweet

DIANE D SWEET

*CERTIFICATION*

I CERTIFY I HAND CARRIED THE OFFICE OF JOHN BOYAJIAN , TED LAWSO AND THE US TRUSTEES OFFICE 10 DORRANCEW ST THIS SAME DAY.