UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

KEVIN SWEET
DIANE SWEET

C.A. NO. 05-119 ML

TRUSTEE'S RESPONSE TO MOTION FOR COURT TO GRANT THE APPELLANTS [sic] UNOPPOSED OBJECTION AND MOTION TO VACATE ORDER DISMISSING APPEAL AND APPELLANTS [sic] MOTION TO TERMINATE COUNCIL [sic]

On March 16, 2006 this court properly denied the motion of Kevin E. Sweet, Sr. and Diane D. Sweet to vacate the dismissal previously entered by the court. Since the case has been dismissed, the debtors' present motion is of no consequence

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel: (401) 273-9600
Fax: (401) 273-9605

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Response was mailed, postage prepaid, to Kevin Sweet, P.O. Box 455, Harmony, RI 02829; Diane Sweet, P.O. Box 455, Harmony, RI 02829.

Dana A. Westerkamp